1  ROBIN B. JOHANSEN, State Bar No. 79084
   THOMAS A. WILLIS, State Bar No. 160989
2  REMCHO, JOHANSEN & PURCELL, LLP
   201 Dolores Avenue
3  San Leandro, CA 94577
   Phone: (510) 346-6200
4  FAX: (510) 346-6201

5  Attorneys for Respondents
   SAN FRANCISCO UNIFIED SCHOOL
6  DISTRICT, SAN FRANCISCO BOARD
   OF EDUCATION, ERIC MAR, MARK
7  SANCHEZ, JANE KIM, KIM-SHREE
   MAUFAS, NORMAN YEE, JILL WYNNS,
8  HYDRA MENDOZA, CARLOS GARCIA,
   DAN KELLY AND SARA LIPSON

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 ANDREA ESQUIVEL, A minor, by and through her ) No.: CV 07 5709 MHP
   Guardian Ad Litem, GINA FLAMENCO, an adult; )
   BRENDON RYAN VILLANUEVA, a minor, by and ) **STIPULATION EXTENDING**
14 through his Guardian Ad Litem, EVELYN VILLANUEVA, ) **TIME TO RESPOND TO**
   an adult; KEVIN MARK VILLANUEVA, a minor, by and ) **PETITION AND COMPLAINT**
15 through his Guardian Ad Litem, EVELYN VILLANUEVA, )
   an adult; MALCOM WRIGHT, a minor, by and through his )
16 Guardian Ad Litem, BENNY WRIGHT, an adult, )
                                                )
17                 Petitioners,                 )
                                                )
18 vs.                                          )
                                                )
19 SAN FRANCISCO UNIFIED SCHOOL DISTRICT,       )
   SAN FRANCISCO BOARD OF EDUCATION, CITY       )
20 AND COUNTY OF SAN FRANCISCO, ERIC MAR,       )
   individually and as a Member of the School Board, MARK )
21 SANCHEZ, individually and as a Member of the School    )
   Board, JANE KIM, individually and as a Member of the   )
22 School Board, KIM-SHREE MAUFAS, individually and as )
   a Member of the School Board, NORMAN YEE,     )
23 individually and as a Member of the School Board, JILL )
   WYNNS, individually and as a Member of the School     )
24 Board, HYDRA MENDOZA, individually and as a Member )
   of the School Board, CARLOS GARCIA, individually and )
25 as the Superintendent of the San Francisco School District, )
   DAN KELLY, individually and as a former Member of the )
26 School Board, SARA LIPSON, individually and as a former )
   Member of the School Board.                   )
27                                              )
                   Respondents.                 )
28

1       Pursuant to Civil Local Rule 6-1(a), the parties agree to a 45-day extension of time by
2 which respondents can answer or otherwise respond to the Petition and Complaint, from December 27,
3 2007 to and including February 11, 2008.

4

5 Dated: December 17, 2007       Respectfully submitted,

      REMCHO, JOHANSEN & PURCELL, LLP

7       By: _____
8       Thomas A. Willis

9       Attorneys for Respondent San Francisco Unified
10       School District, San Francisco Board of Education, Eric Mar, Mark Sanchez, Jane Kim, Kim-Shree Maufas, Norman Yee, Jill Wynns, Hydra Mendoza,
11       Carlos Garcia, Dan Kelly and Sara Lipson

12

13 Dated: December ___, 2007       OFFICE OF THE CITY ATTORNEY

14

15       By: _____
16       James F. Hannawalt
      Deputy City Attorney

17       Attorneys for Respondent City and County of
18       San Francisco

19 Dated: December ___, 2007
20

21       By: _____
22       LeRue Grim

23       Attorney for Petitioners Andrea Esquivel,
      Gina Flamenco, Brendon Ryan Villanueva,
24       Evelyn Villanueva, Kevin Mark Villanueva,
      Malcom Wright and Benny Wright

25 (00046544)
26
27
28

STIPULATION EXTENDING TIME TO RESPOND       1
TO PETITION AND COMPLAINT - NO. CV 07 5709 MHP

Pursuant to Civil Local Rule 6-1(a), the parties agree to a 45-day extension of time by which respondents can answer or otherwise respond to the Petition and Complaint, from December 27, 2007 to and including February 11, 2008.

Dated: December ____, 2007

Respectfully submitted,

REMCHO, JOHANSEN & PURCELL, LLP

By: _____
Thomas A. Willis

Attorneys for Respondent San Francisco Unified School District, San Francisco Board of Education, Eric Mar, Mark Sanchez, Jane Kim, Kim-Shree Maufas, Norman Yee, Jill Wynns, Hydra Mendoza, Carlos Garcia, Dan Kelly and Sara Lipson

Dated: December ____, 2007

OFFICE OF THE CITY ATTORNEY

By: _____
James F. Hannawalt
Deputy City Attorney

Attorneys for Respondent City and County of San Francisco

Dated: December 20, 2007

By: _____
LeRue Grim

Attorney for Petitioners Andrea Esquivel, Gina Flamenco, Brendon Ryan Villanueva, Evelyn Villanueva, Kevin Mark Villanueva, Malcom Wright and Benny Wright

(00046544)

**PROOF OF SERVICE**

I, the undersigned, declare under penalty of perjury that:

I am a citizen of the United States, over the age of 18, and not a party to the within cause or action. My business address is 201 Dolores Avenue, San Leandro, CA 94577.

On December 26, 2007, I served a true copy of the following document(s):

**Stipulation Extending Time to Respond to Petition and Complaint**

on the following party(ies) in said action:

| | |
|---|---|
| LaRue James Grim<br>Attorney at Law<br>877 Bryant Street, Suite 200<br>San Francisco, CA 94103 | Attorney for Petitioners Andrea Esquivel, Gina Flamenco, Brendon Ryan Villanueva, Evelyn Villanueva, Kevin Mark Villanueva, Malcom Wright and Benny Wright |
| James F. Hannawalt<br>Deputy City Attorney<br>1390 Market Street, 6th Floor<br>San Francisco, CA 94102 | Attorneys for Respondent City and County of San Francisco |

☒ **BY UNITED STATES MAIL:** By enclosing the document(s) in a sealed envelope or package addressed to the person(s) at the address above and

☐ depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☒ placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the businesses' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, located in San Leandro, California, in a sealed envelope with postage fully prepaid.

☐ **BY OVERNIGHT DELIVERY:** By enclosing the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **BY MESSENGER SERVICE:** By placing the document(s) in an envelope or package addressed to the persons at the addresses listed and providing them to a professional messenger service for service.

☐ **BY FACSIMILE TRANSMISSION:** By faxing the document(s) to the persons at the fax numbers listed based on an agreement of the parties to accept service by fax transmission. No error was reported by the fax machine used. A copy of the fax transmission is maintained in our files.

1  ☐ **BY E-MAIL TRANSMISSION:** By e-mailing the document(s) to the persons at
2  the e-mail addresses listed based on a court order or an agreement of the parties to
   accept service by e-mail. No electronic message or other indication that the
3  transmission was unsuccessful was received within a reasonable time after the
   transmission.

4

5  I declare, under penalty of perjury, that the foregoing is true and correct. Executed on
6  December 26, 2007, in San Leandro, California.

7

8  _____
   Kristen Snider
9  (00047078-1)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28