1  ROBIN B. JOHANSEN, State Bar No. 79084
   THOMAS A. WILLIS, State Bar No. 160989
2  REMCHO, JOHANSEN & PURCELL, LLP
   201 Dolores Avenue
3  San Leandro, CA 94577
   Phone: (510) 346-6200
4  FAX: (510) 346-6201

5  Attorneys for Respondents
   SAN FRANCISCO UNIFIED SCHOOL
6  DISTRICT, SAN FRANCISCO BOARD
   OF EDUCATION, ERIC MAR, MARK
7  SANCHEZ, JANE KIM, KIM-SHREE
   MAUFAS, NORMAN YEE, JILL WYNNS,
8  HYDRA MENDOZA, CARLOS GARCIA,
   DAN KELLY AND SARA LIPSON

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA ESQUIVEL, A minor, by and through her Guardian Ad Litem, GINA FLAMENCO, an adult; BRENDON RYAN VILLANUEVA, a minor, by and through his Guardian Ad Litem, EVELYN VILLANUEVA, an adult; KEVIN MARK VILLANUEVA, a minor, by and through his Guardian Ad Litem, EVELYN VILLANUEVA, an adult; MALCOM WRIGHT, a minor, by and through his Guardian Ad Litem, BENNY WRIGHT, an adult, <br><br> Petitioners, <br><br> vs. <br><br> SAN FRANCISCO UNIFIED SCHOOL DISTRICT, SAN FRANCISCO BOARD OF EDUCATION, CITY AND COUNTY OF SAN FRANCISCO, ERIC MAR, individually and as a Member of the School Board, MARK SANCHEZ, individually and as a Member of the School Board, JANE KIM, individually and as a Member of the School Board, KIM-SHREE MAUFAS, individually and as a Member of the School Board, NORMAN YEE, individually and as a Member of the School Board, JILL WYNNS, individually and as a Member of the School Board, HYDRA MENDOZA, individually and as a Member of the School Board, CARLOS GARCIA, individually and as the Superintendent of the San Francisco School District, DAN KELLY, individually and as a former Member of the School Board, SARA LIPSON, individually and as a former Member of the School Board, <br><br> Respondents. | No.: CV 07 5709 MHP <br><br> **SECOND STIPULATION EXTENDING TIME TO RESPOND TO PETITION AND COMPLAINT** |

SECOND STIPULATION EXTENDING TIME TO RESPOND
TO PETITION AND COMPLAINT -- NO.: CV 07 5709 MHP

Pursuant to Civil Local Rule 6-1(a), the parties agree to an additional 25-day extension of time by which respondents can answer or otherwise respond to the Petition and Complaint, from February 11, 2008 to and including March 7, 2008. This extension will not alter any deadline or event already fixed by the Court.

Dated: January 24, 2008

Respectfully submitted,

REMCHO, JOHANSEN & PURCELL, LLP

By: _____
Thomas A. Willis

Attorneys for Respondent San Francisco Unified School District, San Francisco Board of Education, Eric Mar, Mark Sanchez, Jane Kim, Kim-Shree Maufas, Norman Yee, Jill Wynns, Hydra Mendoza, Carlos Garcia, Dan Kelly and Sara Lipson

Dated: January 29, 2008

By: _____
LeRue Grim

Attorney for Petitioners Andrea Esquivel, Gina Flamenco, Brendon Ryan Villanueva, Evelyn Villanueva, Kevin Mark Villanueva, Malcom Wright and Benny Wright

(00048734)