UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDREA ESQUIVEL, ET AL

        Plaintiff(s),

v.

SAN FRANCISCO UNIFIED SCHOOL
DISTRICT, ET AL

        Defendant(s).
_____/

Case No. CV 07-05709 MHP

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 02/04/2008

Miguel Marquez
[Party]

Dated: 02/04/2008

Tom Willis
[Counsel]

## ATTESTATION REGARDING CONTENT OF DOCUMENT

I hereby attest that the content of this document is acceptable to all persons required to sign the document.

Dated: February 4, 2008

                                                          /s/
                                       THOMAS A. WILLIS