## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ANDREA ESQUIVEL, ET AL

CASE NO. CV 07-05709 MHP

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

SAN FRANCISCO UNIFIED SCHOOL
DISTRICT, ET AL

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 02/25/2008 4:00PM

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| TOM WILLIS | SAN FRANCISCO UNIFIED SCHOOL DISTRICT, ET AL | (510) 346-6200 | twillis@rjp.com |
| | | | |
| | | | |
| | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 02/04/2008

Attorney for Plaintiff

Dated: 02/04/2008

Tom Willis

Attorney for Defendant

Rev 12.05