**FILED**

FEB 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  LeRUE GRIM SBN 37485
2  877 Bryant Street, Suite 200
   San Francisco, CA 94103
3  (415) 621 8071, cell (415) 939 3350
   fax (415) 621 2129
4
   Attorney for All Petitioners Andrea Esquivel, Brendon Ryan Villanueva, Kevin Mark
5  Villanueva and Malcolm Wright

6                    UNITED STATES DISTRICT COURT

7        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  ANDREA ESQUIVEL, a Minor,              Case No. CV 07 5709 MHP
   by and through her Guardian Ad Litem,
9  GINA FLAMENCO, an adult
   BRENDON RYAN VILLANUEVA, A
10 Minor, by and through his Guardian
   Ad Litem, EVELYN VILLANUEVA,
11 an adult; KEVIN MARK VILLANUEVA,
   a Minor, by and through his Guardian
12 Ad Litem, EVELYN VILLANUEVA,
   an adult, MALCOLM WRIGHT, a minor,
13 by and through his Guardian Ad Litem,
   BENNY WRIGHT, an adult,             DISMISSAL AGAINST
14                                     RESPONDENT CITY AND
                                       COUNTY OF SAN FRANCISCO
15    Petitioners,

16 vs

17 SAN FRANCISCO UNIFIED SCHOOL
   DISTRICT, SAN FRANCISCO BOARD
18 OF EDUCATION, CITY AND COUNTY
   OF SAN FRANCISCO, ERIC MAR,
19 individually and as a Member of the School
   Board, MARK SANCHEZ, individually and
20 as a Member of the School Board, JANE
   KIM, individually and as a Member of the
21 School Board, KIM-SHREE MAUFAS,
   individually and as a Member of the School
22 Board, NORMAN YEE, individually and as a
   Member of the School Board, JILL WYNNS,
23 individually and as a Member of the School
   Board, HYDRA MENDOZA, individually
24 and as a Member of the School Board,
   CARLOS GARCIA, individually and as the
25 Superintendent of the San Francisco Unified
   School District, DAN KELLY, individually
26 and as a former Member of the School Board,
   SARA LIPSON, individually and as a former
27 Member of the School Board, DOES 1 to 100,

28    Respondents.                1

1  IT IS STIPULATED by all the Petitioners, ANDREA EQAUIVEL, a Minor, by and
2  through her Guardian Ad Litem, GINA FLAMENCO, an adult, BRENDON RYAN
3  VILLANUEVA, A Minor, by and throough his Guardian Ad Litem, EVELYN
4  VILLANUEVA, an adult, KEVEN MARK VILLANUEVA, a Minor, by and through
5  his Guardian Ad Litem, EVELYN VILLANUEVA, an adult, MALCOLM WRIGHT,
6  a Minor, by and through his Guardian Ad Litem, BENNY WRIGHT, an adult, this
7  petition is dismissed against Respondent CITY AND COUNTY OF SAN
8  FRANCISCO without prejudice.
9  Date: February 6, 2008.

_____
LeRue Grim
Attorney for all Petitioners

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

_____
DATE

STIPULATION TO DISMISS AGAINST
RESPONDENT CITY AND COUNTY OF SAN FRANCISCO
2