LeRUE GRIM SBN 37485
877 Bryant Street, Suite 200
San Francisco, CA 94103
(415) 621 8071, cell (415) 939 3350
fax (415) 621 2129

Attorney for All Petitioners Andrea Esquivel, Brendon Ryan Villanueva, Kevin Mark Villanueva and Malcolm Wright

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA ESQUIVEL, a Minor, by and through her Guardian Ad Litem, GINA FLAMENCO, an adult BRENDON RYAN VILLANUEVA, A Minor, by and through his Guardian Ad Litem, EVELYN VILLANUEVA, an adult; KEVIN MARK VILLANUEVA, a Minor, by and through his Guardian Ad Litem, EVELYN VILLANUEVA, an adult, MALCOLM WRIGHT, a minor, by and through his Guardian Ad Litem, BENNY WRIGHT, an adult,<br><br>Petitioners,<br><br>vs<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, SAN FRANCISCO BOARD OF EDUCATION, CITY AND COUNTY OF SAN FRANCISCO, ERIC MAR, individually and as a Member of the School Board, MARK SANCHEZ, individually and as a Member of the School Board, JANE KIM, individually and as a Member of the School Board, KIM-SHREE MAUFAS, individually and as a Member of the School Board, NORMAN YEE, individually and as a Member of the School Board, JILL WYNNS, individually and as a Member of the School Board, HYDRA MENDOZA, individually and as a Member of the School Board, CARLOS GARCIA, individually and as the Superintendent of the San Francisco Unified School District, DAN KELLY, individually and as a former Member of the School Board, SARA LIPSON, individually and as a former Member of the School Board, DOES 1 to 100,<br><br>Respondents. | Case No. CV 07 5709 MHP<br><br>DISMISSAL AGAINST RESPONDENT CITY AND COUNTY OF SAN FRANCISCO |

1

IT IS STIPULATED by all the Petitioners, ANDREA EQAUIVEL, a Minor, by and through her Guardian Ad Litem, GINA FLAMENCO, an adult, BRENDON RYAN VILLANUEVA, A Minor, by and throough his Guardian Ad Litem, EVELYN VILLANUEVA, an adult, KEVEN MARK VILLANUEVA, a Minor, by and through his Guardian Ad Litem, EVELYN VILLANUEVA, an adult, MALCOLM WRIGHT, a Minor, by and through his Guardian Ad Litem, BENNY WRIGHT, an adult, this petition is dismissed against Respondent CITY AND COUNTY OF SAN FRANCISCO without prejudice.

Date: February 6, 2008.

_____
LeRue Grim
Attorney for all Petitioners

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

2/8/08
_____
DATE

STIPULATION TO DISMISS AGAINST
RESPONDENT CITY AND COUNTY OF SAN FRANCISCO
2