1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  JAMES F. HANNAWALT, State Bar #139657
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3913
6  Facsimile:     (415) 554-3837
   E-Mail:        james.hannawalt@sfgov.org
7
   Attorneys for Respondent
8  CITY AND COUNTY OF SAN FRANCISCO

9

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA ESQUIVEL, A minor, by and through her Guardian Ad Litem, GINA FLAMENCO, an adult; BRENDON RYAN VILLANUEVA, a minor, by and through his Guardian Ad Litem, EVELYN VILLANUEVA, an adult; KEVIN MARK VILLANUEVA, a minor, by and through his Guardian Ad Litem, EVELYN VILLANUEVA, an adult; MALCOM WRIGHT, a minor, by and through his Guardian Ad Litem, BENNY WRIGHT, an adult, | Case No. CV 07 5709 MHP<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT CITY AND COUNTY OF SAN FRANCISCO'S MOTION FOR LEAVE TO FILE MOTION TO DISMISS**<br><br>Trial Date:     Not set |
| Petitioners, | |
| vs. | |
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT, SAN FRANCISCO BOARD OF EDUCATION, CITY AND COUNTY OF SAN FRANCISCO, ERIC MAR, individually and as a Member of the School Board, MARK SANCHEZ, individually and as a Member of the School Board, JAME KIM, individually and as a Member of the School Board, KIM-SHREE MAUFAS, individually and as a Member of the School Board, NORMAN YEE, individually and as a Member of the School Board, JILL WYNNS, individually and as a Member of the School Board, HYDRA MENDOZA, individually and as a Membe of the School Board, CARLOS GARCIA, individually and as the Superindent of the San Francisco School District, DAN KELLY, individually and as a former Member of the School Board, SARA LIPSON, individually and as a former Member of the School Board, DOES 1 to 100, | |
| Respondents. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Respondent City and County of San Francisco (the "City") filed its Motion for Leave to File Motion To Dismiss on February 11, 2007.  Having considered the moving papers and the pleadings in the above-captioned case, and finding good cause therefor, the Court **GRANTS** the City's Motion.

Accordingly, IT IS ORDERED THAT:

Respondent's Motion to Dismiss must be filed on or before _____, 2008.

Petitioner's Opposition to the Respondent's Motion to Dismiss must be filed on or before _____, 2008.

Respondent's Reply to Petitioner's Opposition to the Respondent's Motion to Dismiss must be filed on or before _____, 2008.

The hearing on the Motion to Dismiss is set for _____, 2008 at 4:00 p.m.


Dated:

_____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT COURT