1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  JAMES F. HANNAWALT, State Bar #139657
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3913
6  Facsimile:    (415) 554-3837
   E-Mail:       james.hannawalt@sfgov.org
7
   Attorneys for Respondent
8  CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA ESQUIVEL, A minor, by and through her Guardian Ad Litem, GINA FLAMENCO, an adult; BRENDON RYAN VILLANUEVA, a minor, by and through his Guardian Ad Litem, EVELYN VILLANUEVA, an adult; KEVIN MARK VILLANUEVA, a minor, by and through his Guardian Ad Litem, EVELYN VILLANUEVA, an adult; MALCOM WRIGHT, a minor, by and through his Guardian Ad Litem, BENNY WRIGHT, an adult,<br><br>Petitioners,<br><br>vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, SAN FRANCISCO BOARD OF EDUCATION, CITY AND COUNTY OF SAN FRANCISCO, ERIC MAR, individually and as a Member of the School Board, MARK SANCHEZ, individually and as a Member of the School Board, JAME KIM, individually and as a Member of the School Board, KIM-SHREE MAUFAS, individually and as a Member of the School Board, NORMAN YEE, individually and as a Member of the School Board, JILL WYNNS, individually and as a Member of the School Board, HYDRA MENDOZA, individually and as a Membe of the School Board, CARLOS GARCIA, individually and as the Superindent of the San Francisco School District, DAN KELLY, individually and as a former Member of the School Board, SARA LIPSON, individually and as a former Member of the School Board, DOES 1 to 100,<br><br>Respondents. | Case No. CV 07 5709 MHP<br><br>**RESPONDENT CITY AND COUNTY OF SAN FRANCISCO'S NOTICE OF WITHDRAWL OF MOTION AND MOTION FOR LEAVE TO FILE MOTION TO DISMISS**<br><br>Hearing Date: None requested.<br><br>Trial Date:    Not set |

**TO PETITIONERS AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that based upon the order of dismissal of the Respondent City and County of San Francisco (the "City") from the above-captioned action, the City withdraws its request for ten additional days to file a responsive pleading in this case and withdraws its request for leave to file a motion to dismiss this action against the City pursuant to rule 12(b)(6) of the Federal Rules of Civil before the initial Case Management Conference

DATED:  February 15, 2008

                        DENNIS J. HERRERA
                        City Attorney
                        JOANNE HOEPER
                        Chief Trial Deputy

                By:_____/s/_____
                     JAMES F. HANNAWALT
                     Deputy City Attorney

                     Attorneys for Respondent City and
                     County of San Francisco

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CCSF MOTION FOR LEAVE TO FILE MOTION TO DISMISS, CASE NO. CV 07 5709 MHP     3     n:\lit\li2008\080682\00466749.doc