ROBIN B. JOHANSEN, State Bar No. 79084
THOMAS A. WILLIS, State Bar No. 160989
REMCHO, JOHANSEN & PURCELL, LLP
201 Dolores Avenue
San Leandro, CA  94577
Phone:  (510) 346-6200
FAX:  (510) 346-6201

Attorneys for Respondents
*(Please see signature page for complete list of parties represented.)*

LeRue Grim, State Bar No. 37485
877 Bryant Street, Suite 200
San Francisco, CA  94103
Phone:  (415) 621-8071
FAX:  (415) 621-2129

Attorney for Petitioners
*(Please see signature page for complete list of parties represented.)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA ESQUIVEL, A minor, by and through her Guardian Ad Litem, GINA FLAMENCO, an adult; BRENDON RYAN VILLANUEVA, a minor, by and through his Guardian Ad Litem, EVELYN VILLANUEVA, an adult; KEVIN MARK VILLANUEVA, a minor, by and through his Guardian Ad Litem, EVELYN VILLANUEVA, an adult; MALCOLM WRIGHT, a minor, by and through his Guardian Ad Litem, BENNY WRIGHT, an adult,<br><br>        Petitioners,<br><br>vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, SAN FRANCISCO BOARD OF EDUCATION, CITY AND COUNTY OF SAN FRANCSICO, ERIC MAR, individually and as a Member of the School Board, MARK SANCHEZ, individually and as a Member of the School Board, JANE KIM, individually and as a Member of the School Board, KIM-SHREE MAUFAS, individually and as a Member of the School Board, NORMAN YEE, individually and as a Member of the School Board, JILL WYNNS, individually and as a Member of the School Board, HYDRA MENDOZA, individually and as a Member of the School Board, CARLOS GARCIA, individually and as the Superintendent of the San Francisco School District, DAN KELLY, individually and as a former Member of the School Board, SARA LIPSON, individually and as a former Member of the School Board,<br><br>        Respondents. | No.:  CV 07 5709 MHP<br><br>**JOINT DISCOVERY REPORT PURSUANT TO FED. R. CIV. P. 26(f)**<br><br>Case Management Conference:<br><br>Date:  February 25, 2008<br>Time:  4:00 p.m.<br>Crtrm.:  15<br><br>(The Honorable Marilyn Hall Patel) |

1    Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties to this action
2 submit this report setting forth a discovery plan.  The parties have met and conferred in compliance
3 with Rule 26(f).

**A.    Initial Disclosures**

The parties will be serving their initial disclosures on the day this report is due or shortly thereafter.  The parties have agreed not to produce actual documents at this time but rather identify any relevant documents by categories.  The parties have agreed to stay all discovery until the Court rules on defendants' motion to dismiss.  The parties have further agreed that if the Court denies the motion to dismiss, they will produce documents identified in the initial disclosures 30 days after the Court issues its order.

**B.    Subjects and Timing of Discovery**

The parties have not taken any discovery to date and have agreed to stay all discovery until defendants' motion to dismiss has been ruled on by the Court.  The parties anticipate that if the motion to dismiss is denied, there will be only limited discovery taken.

Plaintiffs have indicated they will seek to take the depositions of the Board members who voted on the resolution to phase-out the JROTC program.  Defendants will oppose those depositions on the grounds that the individual reasons the Board members voted for or against the resolution are irrelevant to the resolution of the case and are protected under the legislative privilege doctrine.  Therefore, defendants may file a motion for a protective order if or when plaintiffs notice those depositions.

Defendants do not anticipate taking discovery at this time although they may seek limited discovery concerning any claims plaintiffs make concerning damages or limited discovery to better understand the claims being made.

The parties agree to the following discovery deadlines, assuming the Court rules on the motion to dismiss by April 30, 2008.  The parties reserve their right to propose alternative dates if resolution of the motion to dismiss takes longer than that.

    1.   Discovery maybe be conducted May 1 through August 30, 2008;

    2.   Discovery cut-off will be August 31, 2008;

3. Deadline to designate any expert witnesses: September 15, 2008;

4. Dispositive motions to be filed: November 3, 2008.

The parties believe that because discovery will be limited, there is no need to conduct it in phases.

## C. Disclosures or discovery of electronically stored information

SFUSD and the Board have taken steps to preserve electronic information that relates to the Board's resolutions concerning the JROTC program, and that is identified in defendants' initial disclosures.

## D. Claims of privilege

If plaintiffs seek to depose members of the Board or evidence concerning the underlying reasons why Board members voted for or against the phase-out resolutions, defendants may seek a protective order from the court on the ground such information is irrelevant and is privileged by the legislative privilege doctrine.

The parties agree that if either party inadvertently produces otherwise privileged material, the other party will not claim that the production itself waived the privilege.

## E. Limitations of discovery

As set forth above, the parties have agreed to stay discovery until the Court rules on defendants' motion to dismiss. The parties do not anticipate the need for further restrictions on discovery at this time.

## F. Any other orders

The parties have not agreed to any further orders with respect to discovery.

1  Dated: February 19, 2008                    Respectfully submitted,

2                                              REMCHO, JOHANSEN & PURCELL, LLP

3

4
                                               By:　　　　　　/s/
5                                                     Thomas A. Willis

6                                              Attorneys for Respondents San Francisco Unified
                                               School District, San Francisco Board of Education,
7                                              City and County of San Francisco, Eric Mar, Mark
                                               Sanchez, Jane Kim, Kim-Shree Maufas, Norman
8                                              Yee, Jill Wynns, Hydra Mendoza, Carlos Garcia, Dan
                                               Kelly and Sara Lipson
9

10

11

12
                                               By:　　　　　　/s/
13                                                    LeRue Grim

14                                             Attorney for Petitioners Andrea Esquivel, Brendon
                                               Ryan Villanueva, Kevin Mark Villanueva and
15                                             Malcolm Wright

16  (00051267-3)

17

18

19

20

21

22

23

24

25

26

27

28

JOINT DISCOVERY REPORT PURSUANT TO FED. R. CIV. P. 26(f)   3
– NO. CV 07 5709 MHP

1

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: February 19, 2008

                                          /s/
                                  THOMAS A. WILLIS