1  ROBIN B. JOHANSEN, State Bar No. 79084
   THOMAS A. WILLIS, State Bar No. 160989
2  REMCHO, JOHANSEN & PURCELL, LLP
   201 Dolores Avenue
3  San Leandro, CA  94577
   Phone:  (510) 346-6200
4  FAX:  (510) 346-6201

5  Attorneys for Respondents
   San Francisco Unified School District,
6  San Francisco Board of Education, City and County
   of San Francisco, Eric Mar, Mark Sanchez, Jane Kim,
7  Kim-Shree Maufas, Norman Yee, Jill Wynns,
   Hydra Mendoza, Carlos Garcia, Dan Kelly and Sara Lipson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA ESQUIVEL, A minor, by and through her Guardian Ad Litem, GINA FLAMENCO, an adult; BRENDON RYAN VILLANUEVA, a minor, by and through his Guardian Ad Litem, EVELYN VILLANUEVA, an adult; KEVIN MARK VILLANUEVA, a minor, by and through his Guardian Ad Litem, EVELYN VILLANUEVA, an adult; MALCOLM WRIGHT, a minor, by and through his Guardian Ad Litem, BENNY WRIGHT, an adult,<br><br>        Petitioners,<br><br>vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, SAN FRANCISCO BOARD OF EDUCATION, CITY AND COUNTY OF SAN FRANCSICO, ERIC MAR, individually and as a Member of the School Board, MARK SANCHEZ, individually and as a Member of the School Board, JANE KIM, individually and as a Member of the School Board, KIM-SHREE MAUFAS, individually and as a Member of the School Board, NORMAN YEE, individually and as a Member of the School Board, JILL WYNNS, individually and as a Member of the School Board, HYDRA MENDOZA, individually and as a Member of the School Board, CARLOS GARCIA, individually and as the Superintendent of the San Francisco School District, DAN KELLY, individually and as a former Member of the School Board, SARA LIPSON, individually and as a former Member of the School Board,<br><br>        Respondents. | No.:  CV 07 5709 MHP<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PARTIES PURSUANT TO LOCAL RULE 3-16** |

Pursuant to Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 19, 2008

Respectfully submitted,

ROBIN B. JOHANSEN
THOMAS A. WILLIS
REMCHO, JOHANSEN & PURCELL, LLP

By: _____/s/_____
    Thomas A. Willis

Attorneys for Respondents San Francisco Unified School District, San Francisco Board of Education, City and County of San Francisco, Eric Mar, Mark Sanchez, Jane Kim, Kim-Shree Maufas, Norman Yee, Jill Wynns, Hydra Mendoza, Carlos Garcia, Dan Kelly and Sara Lipson

(00051747)