UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDREA ESQUIVEL, ET AL

Plaintiff(s),

v.

SAN FRANCISCO UNIFIED SCHOOL DISTRICT, ET AL.
                    Defendant(s).

_____/

Case No.   CV 07 ~~4709~~ **5709** MHP

ADR CERTIFICATION BY PARTIES
AND COUNSEL

        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

        **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Feb. 15, 2008    LeRue Grim, Esq.,    Plaintiffs Andrea Esquivel, et al
                                                    _____
                                                    [Party]

Dated: _____                               _____
                                                    [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDREA ESQUIVEL, et al

*5709*

CASE NO.    CV 07 ~~4709~~ MHP

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al.

Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and that they:

have not yet reached an agreement to an ADR process
request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference    Feb. 24, 08    _4:00 p.m.

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Thomas Willis, Esq | Defendant School Board | (510) 346 6200 | |

LeRue Grim, Esq., Plaintiffs Andrea Esquivel, et al (415) 939 3350

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 2-14-08

_____
Attorney for Plaintiff

Dated:_____

_____
Attorney for Defendant

Rev 12.05 | When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."