# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: February 25, 2008

Case No.   C 07-5709  MHP                    Judge: MARILYN H. PATEL

Title: ANDREA ESQUIVEL et al -v- SAN FRANCISCO UNIFIED SCHOOL DISTRICT et al

Attorneys:  Plf: LeRue Grim
            Dft: Thomas Willis

Deputy Clerk:  Anthony Bowser  Court Reporter: Sahar McVicker

### PROCEEDINGS

1)   Case Management Conference

2)

3)

### ORDERED AFTER HEARING:

Defendant City & County of San Francisco previously dismissed; Plaintiff to submit applications for Guardian ad litem status; responsive pleading deadline extended to 3/14/2008;

Motions to be noticed for 4/21/2008 at 2:00 pm;