CV 07 5709 MHP

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE;
DECLARATION OF JEFFREY BALL

# EXHIBIT A

ADOPTED BY THE SAN FRANCISCO BOARD
OF EDUCATION AT ITS REGULAR MEETING
OF SEPTEMBER 12, 1991

## S U B S T I T U T E  M O T I O N

Subject: Resolution 18-13A6
POLICY ON NON-DISCRIMINATION OF COOPERATING ORGANIZATIONS
- Commissioner Tom Ammiano

WHEREAS: Board of Education Policy P5163 states that the San Francisco Unified School District shall not discriminate on the basis of race, religion, creed, national origin, age, sex, sexual orientation, or handicapping condition in the provision of educational programs, services and activities, in the admission of students to school programs and activities; and in the recruitment and employment of personnel.

WHEREAS: All educational programs, activities, services and employment practices shall be conducted without regard to race, color, creed, national origin, age, sex, sexual orientation or handicapping condition.

THEREFORE BE IT RESOLVED: That organizations, associations and independent contractors providing educational programs, activities, and services to the the San Francisco Unified School District must have the same non-discrimination policies; and

FURTHER BE IT RESOLVED: That this language be added to Board of Education Policy P5163.

9/12/91                                    1

CV 07 5709 MHP

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE;
DECLARATION OF JEFFREY BALL

# EXHIBIT B

**Adopted, as amended, by the Board of Education at its Regular Meeting of
December 11, 2007**
<u>**New language in bold and underscored**</u>

San Francisco Unified School District
San Francisco, California

## SPECIAL ORDER OF BUSINESS

Regular Meeting of the Board of Education
December 11, 2007

SUBJECT:  Amendment of Resolution No. 65-23A1 to Extend JROTC as
an Elective Course for the 2008-09 School Year

REQUESTED ACTION:

*That the Board of Education amend Resolution No. 65-23A1 to extend JROTC for one year, as recommended by the JROTC Alternative Committee, by allowing schools to offer JROTC as an elective course, **<u>without changes</u>**, for the 2008-09 school year.*

BACKGROUND:

The District passed Resolution No. 65-23A1 that required the phase out of JROTC by the 2008-09. That resolution also required that the JROTC Alternative Program Committee develop alternative programs. That committee requested a one-year extension of JROTC to allow sufficient time to develop and implement these alternative programs. This extension will accommodate the committee's request.

Submitted by:                                          Approved by:


Tony Smith, Ph.D.                                  Carlos A. Garcia
Deputy Superintendent                         Superintendent of Schools