1

2

FILED

3

ADD - 8 2008

UNITED STATES DISTRICT COURT

4

RICHARD W. WIEKING

NORTHERN DISTRICT OF CALIFORNIA   CLERK, U.S. DISTRICT COURT
                                  NORTHERN DISTRICT OF CALIFORNIA

5

SAN FRANCISCO

6

7   ANDREA ESQUIVEL, et al.,                        No. CV 07 5709 MHP

8   Plaintiffs,                                      ADDENDUM TO
                                                     PLAINTIFFS' OPPOSITION
9   vs,                                              TO MOTION TO DISMISS AND
                                                     MEMORANDUM OF POINTS
10  SAN FRANCISCO UNIFIED SCHOOL                     AND AUTHORITIES
11  DISTRICT, et al.,
                                                     Date: April 21, 2008
12  Defendants.                                      Time: 2:00 p.m.
                                                     Crtrm: 15
    _____/

13

14

15

16

17                                                  LeRUE GRIM SBN 37485
                                                    877 Bryant Street, Suite 200
18                                                  San Francisco, CA 94103
                                                    (415) 621 8071
19                                                  cell (415) 939 3350
                                                    fax (415) 621 2129
20

21

22

23

24

25

26

27

28

1

ADDENDUM TO OPPOSITION TO MOTION TO DISMISS

2

1. On the day the Plaintiffs' Opposition to Motion to Dismiss and

3

Memorandum of Points and Authorities was finalized for filing with the Court a

4

program was presented to the Special Task Force whose purpose was to create a

5

program to take the place of the JrROTC in the high schools. The presentation

6

involved two documents which purportedly set forth the purpose and methodology

7

of the substitute program. The first, entitled "Program of Instruction," is attached

8

hereto as Exhibit "A" and created by an organization calling itself, "Teach Peace

9

Foundation." The second, entitled "Leaders Curriculum Overview" is attached hereto

10

as Exhibit "B."

11

2. These two documents provide a supposed justification and curriculum for

12

teaching the standard antiwar ideology pervasively prevalent throughout many

13

"peace" groups throughout the United States. These documents present an

14

extremely one sided view of the war and peace issues, which would create an even

15

larger imbalance in the high school curriculum on these issues.

16

3. According to these two documents the proposed teaching of this ideology

17

would be pervasive throughout the classrooms and dominate the entire school

18

curriculum. The present high school curriculum, with the JrROTC restricted in its

19

scope, which can never mentions anything about whether the democracy might

20

need to defend itself, or cannot even mention that the democracy might need to

21

maintain the capacity to defend itself or mention to a cadet anything about he/she

22

might want to in some manner contribute to the defense of the country,  is already

23

very unbalanced in its presentation on these issues. With the Teach Peace

24

Foundation's curriculum as proposed in these two documents the imbalance would

25

become more extreme and actually contend the United States does not ever need

26

to defend itself and does not need to maintain any capacity to defend it's people

27

ADDENDUM TO OPPOSITION TO MOTION TO DISMISS

1

28

1  and their way of life.

2  4. If there was ever any doubt that the resolution to phase out the JrROTC
3  program was simply the implementation by four school board members of their
4  extreme antiwar ideology, the presentation of these two documents as containing
5  the substitute curriculum they propose removes that doubt.

6  5. These two documents are not just for the San Francisco Unified School
7  District. The documents state they propose this Teach Peace Program of Instruction
8  to be used to replace the JrROTC program in all high schools and even propose
9  specific steps to undermine the JrROTC in high schools.

10  6. Most important, there is no evidence the "curriculum" proposed by these
11  two documents would replace the effective benefits to the cadets of the JrROTC
12  program. These  two documents do not show an adequate and effect program has
13  been found to take the place of the JrROTC.  The Teach Peace Foundation
14  proposes to implement in the public schools an extreme cultural pathology.   These
15  two documents written by domestic critics, perhaps enemies, constitute a program
16  of slow surrender through weakness by the United States to its global enemies.  An
17  important issue is before the Count.

18  7. These two documents make it imperative that the Motion to Dismiss be
19  denied.

20  Very respectfully submitted,

21
22  LeRue Grim
23  Attorney for plaintiffs

24
25
26
27  ADDENDUM TO OPPOSITION TOMOTION TO DISMISS
28  2

1

Proof of service by mail

2

I, LeRue Grim, declare:

3

I am the attorney of rrecord for all plaintiffs in the case.

4

On April 8, 2008, I served the attached Plaintiffs' Opposition to Motion to
Dismiss and Addendum to Plaintiffs' Opposition to Motion to Dismiss and
Memorandum of Points and Authorities by placing of copy of each document in an
envelop, sealing it, placing it in the U.S. Mail at San Francisco, CA with sufficient
postage addressed to the following:

5

6

7

ROBIN B. JOHANSEN, ESQ
THOMAS A. WILLIS, ESQ
REMCHO, JOHANSEN & PURCELL LLP
201 Dolores Avenue
San Leandro, CA 94577

8

9

10

I, LeRue Grim, declare under penallty of perjury under the laws of the United
States that the foregoing is true and correct.  Executed this 8th day of April, 2008 in
the Northern District of California, USA.

11

12

13

14

LeRUE GRIM

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Leaders Education & Training
# Program of Instruction



**Teach Peace Foundation**
**539 J Street**
**Davis, California 95616**

**March 26, 2008**

   

Copyright 2008 Teach Peace Foundation. We are an open source peace organization.

## Leaders Defined

A leadership education and training program for high school students. Students are taught to think critically and live life helping others with integrity, humility, compassion, and courage.

### *I'm Teach Peace* by Laura Sandage

Every single way I can
**I'm teaching peace**
To every woman, child and man
**I'm teaching peace**
With what I say and what I do
**I'm teaching peace**
The peace in me comes shining through
**I'm teaching peace**

**Hello, how do you do?**
**Teach me peace and I'll teach you**
**Where do you come from? What's your name?**
**You and I, we're just the same**
**We want peace, we want peace**
**We know peace, we love peace**
**We are peace**
**We are peace**

With every smile and every word
**I'm teaching peace**
Another peaceful voice is heard
**I'm teaching peace**
Peace is here in everyone
**I'm teaching peace**
A worldwide change is now begun
**I'm teaching peace**

MUSIC CHORDS: C F C - F G C - / / F - C - F G C / C F C - F G C -/F - CG C G - C - / / FC - FC - GC - FC G C - G - C - G -

Copyright 2008 Teach Peace Foundation

2

# CONTENTS

Program of Instruction Cover Page................................................................ 4

Preface .......................................................................................................... 5

Course Scope ................................................................................................ 8

Course Prerequisites ................................................................................... 13

Equivalency Credit....................................................................................... 15

Special Information....................................................................................... 15

How to Use this Curriculum ........................................................................ 16

What curriculum tools does the Leaders program provide? ................... 18

Training Units & 720 Hour Chart................................................................ 21

Core or Required Lessons .......................................................................... 23

Elective Lessons.......................................................................................... 33

Course Descriptions ................................................................................... 37

Summary....................................................................................................... 49

"Never doubt that a small group of thoughtful, committed citizens can change the world; indeed, it's the only thing that ever has."    Margaret Mead

Copyright 2008 Teach Peace Foundation

## Program of Instruction Cover Page

**Total Computed Academic Hours:** 720 (180 hours per year for four years)

**Approval Authority:** Teach Peace Foundation

**Approval Date:** March 26, 2008

**Minor Changes and Additions:** Changes and additions that do not substantially alter the intent of this Program of Instruction will be posted on the Teach Peace Foundation web site (www.teachpeace.com/leaderspoi.htm). The changes and additions from the website should be printed and added to this manual.

**Snapshot:** This Program of Instruction introduces innovative and unique education and in a way that mirrors the framework of the Junior Reserve Officers' Training Corps (JROTC). Support of Leaders does not require individuals to not support JROTC. The Teach Peace Foundation envisions both programs being offered simultaneously in most situations although a student would only participate in one program. For this reason and others, JROTC was carefully analyzed and as a result best practices and solution providers are incorporated with common units of instruction and in some cases common source materials. The Teach Peace Foundation secures separate licensing arrangements for copyrighted materials. This similar program structure will also assist schools seeking to replace JROTC.

For many reasons, including the ones listed in the below table, educators are concluding that Leaders is the superior high school leadership education and training alternative.

|  | Leaders |
|---|---|
| Promotes nonviolence as a force more powerful than violence | Yes |
| Teaches critical thinking vs. blind obedience | Yes |
| Brings leaders from business, government, and non-profit organizations into the classroom | Yes |
| Shows the connection between harmful foreign policies and both poverty and terrorism | Yes |
| Teaches about federal overspending and how this threatens America's democracy | Yes |
| Offers opportunities for advancement through promotions | Yes |
| Educates about nuclear bombs and a world free of nuclear weapons | Yes |
| Instructs on caring for the environment | Yes |
| Locally controlled instead of controlled by the Pentagon | Yes |
| Prohibits sharing student information with recruiters | Yes |
| Staff diversity valued and required | Yes |

Copyright 2008 Teach Peace Foundation                4

| Does not discriminate and welcomes disabled students | Yes |
|---|---|
| Nationally bans guns at schools as part of the program | Yes |
| Discusses the root causes of war and peaceful alternatives | Yes |

**Continuous Innovation:** Continuous improvement is integrated into Leaders. This Program of Instruction will be improved and published on www.teachpeace.com/leaderspoi.htm. We also plan to learn from innovations flowing from the $250 million plus of taxpayer funds spent on JROTC each year.

## Preface

**Status:** Ready for Implementation in August 2008

**Training Location(s):** Three- or four-year high schools

**Purpose**
The Leaders program is designed to teach high school students the value of citizenship, leadership, service to the community, personal responsibility, and caring for the environment, while instilling in them self-esteem, teamwork, and self-discipline.

The program's focus is reflected in its mission statement, "To provide young people with sufficient background to perform their role as citizens in a democracy." Leaders prepares high school students for responsible leadership roles while making them aware of their rights and responsibilities. The program is a stimulus for promoting graduation from high school, and offers rewarding opportunities that will benefit the student, community, nation, and the planet.

**Collaboration**
In the production of this curriculum the Teach Peace Foundation has incorporated the latest educational theories used in secondary education.

To offer the best program possible, materials from a range of credible sources have been incorporated and customized for the Leaders program. In each LET category, the Teach Peace Foundation has real world experience bringing leadership education to high schools. The Leaders program introduces new materials and is the first time we would be delivering everything as an integrated 4-year program.

Copyright 2008 Teach Peace Foundation



To understand Leaders, it is helpful to know that Leaders is the product of both a "green-field" and a "reengineering" design effort.

The green-field approach allows innovations to be free from existing program limitations. As an example, many established businesses started new companies to maximize flexibility, speed, and ultimately the ability to address customer needs. The focus of the green-field effort was to identify and fill existing educational gaps to help students acquire the background and skills they need as citizens in our democracy.

Amanda Saechao, a student at John F. Kennedy High School, is a key leader sparking the creation of Leaders. She attended a presentation during our green-field stage and then went on to partner with the Teach Peace Foundation to create and lead Youth for Freedom. Amanda and her class officers have demonstrated that leaders are among us and can take flight with well-designed leadership education and training.

The reengineering approach benefits from analysis of best practices. The focus of the reengineering consisted of a careful review of JROTC to assess what deserved to be kept and what needed to be replaced, improved, and supplemented. To facilitate high schools desiring to transition from JROTC to Leaders, the Leaders program mirrors the general JROTC framework. Some resources, like *We the People*, are used by both JROTC and Leaders. As a result, Leaders offers the best of JROTC and goes beyond JROTC with 21st century innovative leadership education and training (e.g., the 12 actions of successful leaders from *Seeing David in the Stone*, *A Force More Powerful*, *The Power of Forgiveness*, *Strength Through Peace*, and unique leadership experiences).

Best practices research has resulted in the following Leaders partnerships and solution offerings.

1. The Teach Peace Foundation uses the Worldwide Instructional Design System (WIDS is an educational group operating under the Wisconsin Technical College

System Foundation, Inc). The WIDS model and methodology are used to develop core abilities, competencies, performance standards, and learning plans.

2. *The High School Financial Planning Program* (HSFPP) by the National Endowment for Financial Education (NEFE) and "Create a Financial Plan" from the book *Perfect Money Planning*.

3. *Seeing David in the Stone,* by James and Joseph Swartz, is leadership education program used by Fortune 100 companies. The program is based on 12 actions mastered by highly successful leaders. The Teach Peace Foundation is the only organization in the country to offer the new high school version.

4. *Its My Life*, a youth motivational program from the American Friends Service Committee provides students with education on a range of career alternatives.

5. *Student Leadership Planner*, a youth action guide to achieving your personal best by James M. Kouzes and Barry Z. Posner, Ph.D.

6. *We the People* (WTP), developed by the Center for Civic Education to promote civic responsibility in students, is integrated into the Citizenship in History and Government core and elective lessons.

7. *Addicted to War,* by Joel Andreas, is according to former Army Col. James Burkholder, "the most truthful recitation of our government's policies available anywhere." *Addicted to War* was approved in February 2007 for use in San Francisco public schools. It was authorized by History/Social Studies Content Specialist Pete Hammer, a reviewer for the San Francisco Unified School District's Office of Teaching and Learning.

8. *In Real Life: Sexual Harassment in Schools*, by Concentrics, Inc., provides insight into how to recognize and resolve incidents of sexual harassment.

9. *Arlington West*, a broad spectrum of Iraq War viewpoints derived from 83 heartfelt conversations with soldiers, veterans, military families, and children.

10. Lions-Quest is a comprehensive service learning program created by Lion Clubs International. The book, *The Complete Guide to Service Learning*, is a positive prevention approach that teaches a broad range of life skills. Lions-Quest facilitates skills-based classes and the successful execution of a service-learning program.

11. *A Force More Powerful* and *Bringing Down A Dictator*, both by York Zimmerman, are superb resources to teach leadership based on historical successes of Gandhi, Mikhuseli Jack, the Danish resistance in World War II, Lech Walesa, Chilean workers opposed to Pinochet, and students seeking democracy in Yugoslavia.

12. *The Art of Focused Conversation for School*, by Jo Nelson, provides over 100 ways to guide clear thinking and promote learning.

13. *The Shadow of Hate*, by Teaching Tolerance, is a powerful program to teach recognizing and respecting the beliefs or practices of others. Teaching Tolerance, a project of the Southern Poverty Law Center, was founded in 1991.

14. *Strength Through Peace*, a book by Coleman McCarthy, teaches the ideas of peace leaders.

15. *Speakers Bureau,* a Teach Peace Foundation program that brings leaders into the classroom. Students benefit from hearing directly from business executives, government officials, non-profit leaders, and meeting winners of the Teach Peace Foundation *Evening of Peace* award. The *Evening of Peace* is a student-led awards ceremony to recognize peace leadership.

## Course Scope

This Program of Instruction focuses on the development of better citizens by building skills in leadership, citizenship, life success, geography, and wellness, in a structured interactive environment. The Leaders program is a cooperative effort on the part of the Teach Peace Foundation and the host institution to provide secondary school students with opportunities for total development. The flexibility of the program allows it to bear the scrutiny of professional educators and to meet the needs of the community. Satisfactory completion of the program can lead to success in the student's chosen career, continued academic work, college scholarships, and college credit upon completion of the specified requirements.

The Leaders program helps America's youth become better citizens. The program produces successful students and productive adults, while fostering in each school a more constructive and disciplined learning environment. This program makes substantial contributions to many communities and ultimately to the nation's future. Leaders is the centerpiece of the Teach Peace Foundation's effort to reach peace by teaching peace.

### Program and Student Learning Outcomes

Students Learn:
- Citizenship
- American and World History
- How Government Works
- Our Constitution
- Nonviolence as a force more powerful than violence
- Caring for the environment
- Importance of individual and government financial responsibility
- Wellness

- First Aid
- Preventing Drug Abuse
- Effective Oral/Written Communications
- Technology Awareness
- Career Opportunities
- Current Events

## This program intends to teach students to:

1. Maximize potential for success through learning and self-management.
2. Develop leadership skills.
3. Incorporate principles of mental and physical wellness into behaviors and decisions.
4. Build effective relationships with peers, co-workers, and the community.
5. Apply physical and political geography to building global awareness.
6. Value life inside and outside the US equally.
7. Communicate the rights and responsibilities of citizenship.
8. Understand that nonviolence is a force more powerful than violence because when violence appears to do good, the good is only temporary but the evil it does is permanent.
9. Care for the environment.
10. Appreciate the sacrifices peacemakers like Martin Luther King, Jr. have made for our freedoms and maintaining peace in a democratic society.
11. See the threat to national security from excessive federal spending.
12. Recognize that nuclear bombs do more to empower the weak than protect the strong and how a nuclear bomb free world is possible.

These program outcomes describe what Leaders students will know and be able to do upon successful completion of the Leaders program. They serve as a tool for summarizing and communicating the intended results of the Leaders program. The program outcomes provide the foundation for mastery of the "big picture" proficiencies and help instructors and students begin and progress "with the end in mind."

Program outcomes can be used, along with core abilities, to communicate over-all learning outcomes to students, principals, school boards, parents, and members of the community. Instructors use them as a tool for credentialing and showing the value of the Leaders when a school or program is under-going re-accreditation.

## Core Abilities

1. Build capacity for life-long learning.
2. Solve conflicts nonviolently.
3. Communicate using verbal, non-verbal, visual, and written techniques.
4. Take responsibility for actions and choices.
5. Contribute as a good citizen to your school, community, country, and the world.
6. Treat self and others with respect.
7. Apply critical thinking techniques.

Copyright 2008 Teach Peace Foundation

The Leaders Core abilities describe the broad, life-long skills that every adult needs for success in all career and life roles. They are drawn from the over-all goals and values that drive the Leaders program. Core abilities are not learned in one lesson education and training or LET, but rather they are linked to lesson competencies in order to integrate or thread them throughout the Leaders curriculum.

Teach Peace instructors explicitly introduce, teach, reinforce, and assess the core abilities that are designated as particularly relevant to the lesson competency. The core abilities will be displayed prominently in Leaders classrooms. Students should know and be able to recite them early in their Leaders experience. They should view them as the essential, value-added skills that every employer seeks.

## Competencies
A competency is a major skill or ability needed to perform a task effectively and efficiently. Performance assessment is driven by competencies. Each Leaders lesson addresses a competency as the intended learning result. Competencies describe discipline-specific skills, knowledge, and attitudes that are measurable and observable. Performance standards (criteria and conditions) provide the specifications for assessing mastery of a competency. Students show they have learned competencies by applying them in the completion of assessment tasks that require them to do one or more of the following:

- Make a decision
- Perform a skill
- Perform a service
- Solve a problem
- Create a product

Teach Peace Foundation instructors explicitly introduce, teach, reinforce, and assess the competency for every lesson. They help students take responsibility for their own learning by directing them to review the competency and its performance standards (criteria and conditions) at the beginning of the lesson, pointing out that informing themselves about the performance expectations is the students' first step towards learning success.

Teach Peace instructors use the competency as the goal for all assessment and the performance standards as the guidelines for evaluating and providing feedback about student's performance.

## Extracurricular Activities
Students have access to life-enriching activities beyond the core, optional core, and elective courses. Extracurricular activities include:
- Community Service (e.g., teaching peace to children)
- Meetings with lawmakers locally and in Washington, DC

Copyright 2008 Teach Peace Foundation

- Opportunity to participate in events with peace and justice organizations
- Visiting and caring for injured soldiers
- Attending special briefings from city officials
- Unifying the community with peace education events
- Teaching peace in schools and in the community

## Promotions & Awards
The Teach Peace Foundation has structured the Leaders promotions and awards on the best practices of many organizations. We recognize incentives are important and at the same time humility is important. We teach students to feel good about themselves and the most important rewards flow from caring for and being cared for. Similar to leading businesses and non-profits, awards and promotions are not worn on clothing.

### Promotions
Promotions are earned and linked to LET level. For example, promotion levels 1 to 10 (10 being the highest) are applicable to LET 1. To continue this example, for LET 2 the promotion levels are 11-20.

Promotion Table

| Title | Levels | LET |
|-----------|--------|-----|
| Associate | 1-10 | 1 |
| Manager | 11-20 | 2 |
| Director | 21-30 | 3 |
| Partner | 31-40 | 4 |

Promotions are awarded by the instructor. Typically, a promotion is awarded for completion of a significant assignment. Students reaching the 10, 20, 30 and 40 are on average less than 5% of the participants. If two or more students attain the highest promotion level, the instructor will determine class leaders. The top student in each class earns the title Leaders Class President. The top student in LET 4, promotion level 40, earns the title Leaders School President.

Students achieving level 9 or higher earn the privilege to participate on the Teach Peace Foundation student advisory board.

Students have the additional incentive of rising in level because instructors will assign the more significant leadership opportunities to the students with the higher scores.

### Awards
Students can win academic, athletic, and miscellaneous awards.

Academic: The *Teach Peace Foundation Distinquished Student Award for Scholastic Excellence* is presented to one student who exhibits the highest degree of excellence in scholastics. The *Teach Peace Foundation Academic Excellence*

*Award* is presented to one student in each LET level for maintaining the highest school academic grades. The *Teach Peace Foundation Academic Achievement Award* is presented to students who maintain a grade of "A" in all academic subjects. The *Leadership Essay Award* is presented to students submitting essays to promote a better world. The *Perfect Attendance Award* is for students with no unexcused absences during each quarter / semester. The *Student Government Award* is for students elected to student government offices. The *Leadership Development Award* is for students who successfully completed the first quarter / semester of Leaders.

Athletic: The Varsity Athletic Award is awarded annually to students in varsity sports. The Physical Fitness Award is awarded annually to students who maintain excellent physical fitness. The Leaders Athletic Award is awarded annually to students who maintain a basic, yet challenging level of physical fitness.

Miscellaneous: Students attaining reaching 10, 20, 30 and 40 automatically win the *Teach Peace Foundation Achievement Award*. The *Teach Peace Foundation Peacemaker Award* is presented to students for their successes as peacemakers. The *Certified Peace Teacher Award* is available to LET 4 students who complete the Certified Peace Teacher requirements. The *Protect the Constitution Award* is presented to students who have led an action to strengthen America's democracy. The *Community Service Award* is presented to students who have led an action to care for soldiers, care for the homeless, improve the environment, and other community services.

## National & California State Standards

The Leaders curriculum fully or partially addresses many national academic standards. For example:

| Citizenship | Health | Thinking and Reasoning |
|---|---|---|
| Civics | Language Arts | U.S. History |
| Economics | Life Skills | Working with Others |
| Environment | Life Work | World History |
| Geography | Self Regulation | |

Leaders is being introduced in San Francisco, California. For this reason our standard mapping is focused not on national standards like McREL, but on California state standards.

We are working with California state standards to link each lesson and plan on validating courses during a pilot to demonstrate a cross-connection with this curriculum and the standard high school curriculum. A master curriculum builder and consultants are used to validate the changes and assist in the rewriting.

Every lesson and assessment actively engages students in higher order thinking along with skill performance. The program of instruction provides the flexibility to link the standards for elective credit, and additional credit in subject areas such as Physical Education, Health, Wellness, Life Management Skills, Freshman Orientation, Government, Civics, Practical and Performing Arts, Careers, etc. All schools are encouraged to allow substitution of credit where practical.

Physical education credit is earned. The class schedule, similar to JROTC, provides for one day each week for physical education. The Leaders program physical education is student led and instructor supervised. Students lead volleyball, basketball, softball, jogging, yoga, and other group exercises. Leaders proposes to take advantage of the same physical education course credit approvals currently extended to JROTC.

Leaders, in cooperation with host institutions, may also allow credit for college level, honors, and advanced placement courses in subject areas that are commensurate with this program of instruction.

## Course Prerequisites

1. Completion of the eighth grade.
2. For LETs 2-4, completion of a previous LET program is strongly recommended but not required. Students bypassing a LET are limited in the following year to promotion level 7 (e.g., 17, 27, and 37).* For example, Sally is a sophomore and has satisfied her instructor's requirements to bypass LET 1. She is limited to promotion level 27 in her first year in Leaders. In her subsequent years, LET 3 and LET 4, Sally has no limits. This provision is to recognize the realistic limitations of bypassing a LET and the knowledge of students completing a prior LET.
3. Schools must provide at least two classrooms or schedule students so that all LET levels are not in one classroom at the same time. (LET 1 should always be taught separately except for the LET 4 students who routinely assist in instruction).

*Students can join Leaders at any LET level provided the instructor approves. For example, an instructor may give a sophomore the LET 1 book to prepare to be tested on the material. If the student understands the LET 1 material to the instructor's satisfaction, the student is allowed to participate in LET 2.

When LETs 2 and 3 are taught together, LET 3 may be sequenced before LET 2. In this case students are not limited by the promotion limit rule of 7. LET 1 is prerequisite to both LET 2 and LET 3.

### Course Length
The course length is normally four years at a traditional high school (grades 9 - 12). High schools have the option to conduct a three-year program and are encouraged to use pertinent parts of the LET 4 curriculum.

Summer Leaders Challenge (LC) is an additional component of the three- and four-year programs and supplements the Leaders curriculum for selected upper class students. For those attending this ten day program, additional focus is placed on developing students' character, leadership skills, and abilities. Students also expand on their Foundations for Success; Leadership; Wellness; Geography; and teaching skills.

### Normal Course Length

**Weeks:** 104 weeks over 4 years at 26 weeks per year

**Hours:** 720 hours at 180 hours per year

**Academic Hours:**

|  | Normal (LET 1-4) |
|---|---|
| Mandatory: | 520 |
| Supplemental: | 200 |
| Total: | 720 |

**Class Sizes:** Optimum: 20

**Instructor Student Ratio:** Worst Case – 1:30

**NOTE:** Units will conduct integrated curricular activities that are mentally and physically challenging. Teach Peace will organize structured programs for the purpose of developing students' self-confidence, teamwork and leadership skills.

The integrated curricular activities, also called extracurricular activities, include some or all of the following:
- Community service
- Meetings with lawmakers locally and in Washington, DC
- Opportunity to participate in events with peace and justice organizations
- Visiting and caring for injured soldiers
- Attending special briefings from city officials
- Leading an annual awards dinner to acknowledge the work of peacemakers
- Unifying the community with peace education events

The objective of these activities is to:
a. provide students with the opportunity to practice leadership skills.
b. allow students to participate in citizenship and community building exercises.
c. help students develop team spirit.
d. give students the confidence and skills to lead complex and demanding initiatives.

## Equivalency Credit

If funding, recruitment, or other issues surface, the option exists to pursue equivalency or substitution credit for Leaders courses and apply that credit toward courses required for graduation.

As an approved equivalency credit for any required course, Leaders will fulfill the pre-requisite for graduation. Each school district has its own approval process; therefore Teach Peace Foundation personnel will follow local procedures to achieve a positive outcome.

Upon completion of the approved Leaders course, a student receives credit toward graduation in the equivalent required area. However, the student does not receive an extra course credit toward graduation, just the assurance that the graduation requirement was fulfilled and the course credit awarded for those Leaders courses.

For the pilot, the Teach Peace Foundation proposes to work with a San Francisco curriculum specialist to refine course standards and substitutions to optimize program delivery on a city-wide basis.

*How might Leaders instructors approach their own state or local administrators to see about locally approved course substitutions.*

First, the student required academic course standards, such as PE, civics, or health education, should be identified and reviewed. Next, a simple matrix can be used to match Leaders course standards to the required academic course standards.

When the correlation is completed, and it is obvious that the course standards of the Leaders course satisfy the course standards for the substitution course, the local (or state) policy makers are responsible for determining equivalency/substitution approval. Since this may be a new concept to some administrators, they may need not only to accept the correlation matrix, but also have time to absorb the concept as a solution to funding or scheduling frustration.

## Special Information

Materials are provided for the LET 1 to LET 4 curriculum. Each LET level totals 180 academic hours or the number of academic hours required to meet school requirements for 1.0 credit in courses. High schools offering Leaders are required to award credit toward graduation for each year of the Leaders program.

Schools with low students enrollment (less than 10% of the school population; 100 is cost effective) need to seek as much substitute credit as possible to maintain enrollment. Schools where students do not reflect 10% of the school population or where students must leave the program to meet other requirements (especially in the

Copyright 2008 Teach Peace Foundation                                    15

subjects above) must seek/acquire substitute credit to the greatest extent possible for cost efficiency.

**Training Start Date**
Training is conducted on a school-year basis. In year-round schools, Leaders will follow the school policy in establishing the start of a new school year. For the 2008 San Francisco pilot, the first day of instruction is August 25th and the fall semester ends on January 23rd.

**Proponent**
Design and Development: Teach Peace Foundation
Course Proponent: Teach Peace Foundation / Host High Schools
Instructor Provided Support: Teach Peace Foundation / Host High Schools Training
Evaluation Proponent: Teach Peace Foundation / Host High Schools

**Course Website & Remarks**
The Teach Peace Foundation website, www.teachpeace.com/leader.htm and for instructors, www.teachpeace.com/instructors.htm, serves as valuable resources. Curriculum enhancements, student texts and instructor materials are available for downloading from the school, home or library. Updates to the curriculum are posted to the web portal monthly. It is the instructor's responsibility to acquire and implement the updates at www/teachpeace.com/poi.htm. The www.teachpeace.com website also provides access for tools to enable Leaders instructors to share best practices, lessons learned, and successful classroom strategies.

## How to Use this Curriculum

### What is Leaders performance-based learning?
Student success is the main goal of all Leaders learning experiences. The Leaders curriculum is based on the principles of performance-based, learner-centered education. The Leaders curriculum design team first identified desired results; then determined acceptable evidence; and finally planned learning experiences and instruction that would be effective in preparing the students to achieve the desired results. Learner-centered, performance-based learning specifies desired results (knowledge, skills, and attitudes) in advance of instruction; explicitly states standards used to measure performance, requires learners to perform the competency as evidence of achievement, and provides learners opportunity to develop each competency. As a result, students:

- Learn skills they can use; not outlines of information or isolated facts.
- Know the performance expectations up front.
- Engage as active partners in the learning process.
- Document accomplishments and competence.

- Learn how to learn.

**Assessment**

Because the Leaders curriculum is performance-based, it requires that students master the competencies so that they can do the skills, apply the knowledge, and model or exhibit behaviors representing the desired attitudes. To help Teach Peace Foundation instructors and students determine when students have reached proficiency, each competency is defined by a set of performance standards. The performance standards include conditions for assessment (a statement describing what the students must do to show proficiency) and criteria (specifications that describe the quality of a proficient performance).

The Leaders curriculum uses a balanced assessment approach to assessing learning. Three different types of assessments are used:

1. Traditional assessments focus on fundamental curriculum knowledge through the use of classroom assessments, assignments, quizzes and standardized tests.
2. Students' portfolios focus on process, product and growth. Key features are reflection, goals setting, emotional intelligence, academic growth over time, and self evaluation.
3. Performance assessments focus on standards, competency, application and transfer of knowledge. Students document mastery of the competencies by completing performance assessment tasks included in the Student Learning Plans, or by completing an adaptation of the assessment task developed by the instructor.

The Leaders curriculum requires that students demonstrate their mastery of the competencies by completing assessments that require them to do one or more of the following:

- make a decision
- perform a skill
- perform a service
- solve a problem
- create a product

Though multiple-choice, paper-pencil exams may be useful in providing feedback to students about their initial grasp of knowledge and ability to remember facts and information, they are not adequate for the task of assessing student mastery of the competencies. The Leaders program requires that students document mastery of the competencies by completing the performance assessment tasks included in the curriculum, or by completing an adaptation of the assessment task. Adaptations should be rated using a scoring guide that includes the criteria for the target competency.

Copyright 2008 Teach Peace Foundation

## Learning

The Leaders program is intended to engage students in active learning. This means that "learner-centered" learning activities should dominate the students learning experience. Learner-centered learning activities place students in active roles in all stages (inquire, gather, process, and application) of the lesson. This means that students should do the work of learning.

## Teaching

Placing students in the role of active learners requires that the instructors assume a supporting role. Leaders instructors should view themselves as facilitators of learning. This means that they take a leadership responsibility for creating an inviting and productive learning environment. Whenever possible they should act as "guides on the side," directing, coaching, encouraging, and giving feedback.

The designers of the Leaders curriculum have developed recommended learning activities that take students through all four phases of learning for each competency. Activities that actively engage the students are the primary focus of the learning experience. The recommended learning activities also incorporate varied learning styles and multiple intelligences, honoring and supporting the diversity that is represented in the student population.

Instructors, when appropriate, assume the role of information-giver because it may be most efficient way to ensure that students get the well-organized, accurate information they need at that time. When the curriculum suggests instructor "presentations", they should be brief and incorporate adequate time for group discussion.

## What curriculum tools does the Leaders program provide?

### Lesson Plans

Leaders lesson plans provide a guide for facilitating the students learning described in the student learning plans. Each lesson plan identifies the target competency, linked core abilities, and learning objectives. It goes on to provide detailed guidelines for facilitating the students learning activities. Lesson plans also provide information about the learning materials, supplies, and resources required to support the learning.

Instructors should use the lesson plans in conjunction with the learning plans as tools for planning, guiding, and assessing learning. Instructors can also use lesson plans to document how the lesson incorporates sound learning principles (e.g. multiple intelligences, thinking processes, reflection, Bloom's taxonomy, and authentic assessment) and how the lesson addresses the Leaders program outcomes, state standards, and core abilities.

Copyright 2008 Teach Peace Foundation

## Learning Plans

Leaders learning plans are designed to support students learning. Learning Plans answer the questions students need to know about what they will learn, guide students through the lesson, help students take responsibility for own learning, and support students' ability to manage and adjust their own thinking and learning processes (metacognition). Instructors should ensure that students have the learning plan for each lesson at the beginning of the lesson. They should engage students in a review of the learning plan at the start of each lesson. Instructors or students leaders should:

- Highlight the target competency and other information provided.
- Explain why that information is important (e.g., criteria/conditions – tells them how they will be evaluated on their performance).
- Show students how learning plans can help them.
- Guide students to refer to and use the learning plan throughout the learning process.

## Assessment Tasks

The Leaders curriculum provides assessment tasks to serve as tools for verifying and documenting that students have mastered the competencies. Assessment tasks should also be used as tools for providing feedback to students so that they can improve their learning and feedback to instructors so they can continually improve teaching. Assessment tasks feature scoring guides that spell out the criteria for evaluating student performance. Scoring guides serve as a tool for providing concrete feedback to students and thus are key to the continual improvement of learning and teaching.

## Learning Materials

The Leaders curriculum provides a rich assortment of learning materials that are keyed to the learning outcomes. Student textbooks are provided for the entire Leaders curriculum. Both the instructor lesson and student learning plans identify suggested learning materials.

The Leaders program provides the recommended learning materials online, on DVDs, and in textbooks. Additional recommended materials are available from other sources at little or no cost. Students and instructors are encouraged to enrich and expand learning by seeking out additional learning materials that align with the Leaders program outcomes, core abilities, and competencies.

## What if my school already offers one of the components of the Leaders curriculum?

Leaders program designers have selected several curriculum products that have been developed nationally and are recognized as being of exceptional quality and relevance to today's high school students. Because these products align so well with the Leaders target learning outcomes, the designers have incorporated them into the curriculum.

Copyright 2008 Teach Peace Foundation                    19

Prime examples are *A Force More Powerful* and the *NEFE High School Financial Planning Program*.

Schools offering one of the Leader curriculum components have tremendous flexibility via core, optional core, and elective course options. The combination of these three is generally greater than comparable program alternatives (e.g., Unit 6 Citizenship in History & Government elective Leaders has 74 hours compared to JROTC's 34 hours).

If a host school already offers one of more of these curricula, Leaders instructors have a number of options:

1. Determine whether the duplication is actual or perceived. If differences are more a matter of perception; and the Leaders curriculum will add significant enhancement and extension of learning; continue to teach the course.

> *Are the Leaders students actually enrolled in the courses that address the same curriculum? Do the other courses engage students in active learning and measure performance at the application level or above? Is the Leaders learning experience in this area different enough to provide an extension and enhancement of the learning in the other courses?*

2. Collaborate with the local teacher who uses the curriculum to maximize the learning results.

> *Learning time is rarely adequate for students to maximize the full learning potential of a given lesson or series of lessons. By working with another teacher, Leaders instructors can offer students additional opportunities for practice and application of the competencies. Collaboration with another teacher may bring opportunities for collaborative learning among Leaders students and other students in the school, thus exposing students who are not part of the Leaders program to the benefits of Leaders active learning.*

3. Substitute approved electives for the duplicated curriculum and count on the other course to do the job.

> *Share your assessment tasks, lesson plans and learning plans with the other teacher. Confirm that students master competencies at the application level or higher. Determine that assessment of learning requires student-generated responses that go beyond regurgitation of information on a paper/pencil test. Keep in mind, Teach Peace Foundation and school inspectors will expect to see evidence that students have mastered the competencies from all required lessons at the application level or above.*

The term "hours" is defined for Leaders courses the same as it would apply to any school system. A unit hour translates as a 45/50-minute block of

Copyright 2008 Teach Peace Foundation

20

instruction/class period. Schools on an accelerated block provide 90/100 minutes of instruction that can be taught as two 45- and 50-minute classroom sessions.

## Training Units & 720 Hour Chart

Courses will be taught using the following table as a guide.

| Program Framework | LET 1 | LET 2 | LET 3 | LET 4 | TOTAL |
|---|---|---|---|---|---|
| Unit 1 - Citizenship in Action | 18 | | 2 | 6 | 26 |
| Unit 2 - Leadership Theory & Application | 18 | | 12 | 10 | 40 |
| Unit 3 – Foundations For Success | 30 | | 36 | 16 | 82 |
| Unit 4 – Wellness, Fitness and First Aid | | 28 | | | 28 |
| Unit 5 – Geography, Map Skills, and Caring for the Environment | | 6 | | | 6 |
| Unit 6 – Citizenship in History & Government | | 32 | 16 | | 52 |
| **Physical Activity/Leader Assessment** | | | | | |
| Leadership Application | 20 | 20 | 20 | 20 | 80 |
| Student Challenge | 10 | 10 | 10 | 10 | 40 |
| **Activities** | | | | | |
| Service Learning/Community Service | 10 | 10 | 10 | 10 | 40 |
| Administration/Testing | 24 | 24 | 24 | 24 | 96 |
| Additional Required Teaching & Leadership Hours | 0 | 0 | 0 | 34 | 34 |
| **State & Leaders Elective Hours** | 50 | 50 | 50 | 50 | 200 |
| **TOTAL HOURS** | 180 | 180 | 180 | 180 | 720 |

## Scheduling Options

Preferably the Leaders curriculum can be taught in separate classrooms for each year and classes can be scheduled so that when combining them, students can work together. If logistics do not allow this, or if classes are too small, the best way to combine them is to schedule LET 1 and 4 in the same classroom. LET 4 students can assist with LET 1 classes and lead first year students in projects. LET 2 and 3 students can be taught together on a two year cycle. LET 2 subjects can be taught to both LET 2 and 3 students the first year of the cycle. LET 3 subjects

Copyright 2008 Teach Peace Foundation

can be taught to both groups the second year of the cycle. These subjects will be taught over a period of two years to the same students.

LET 1 students can enter either LET 2 or 3 depending on where in the cycle they enter their second year. Regardless of which scheduling options instructors elect, by the fourth year all required lessons must be taught. Instructors should work collaboratively to identify specific subject areas to teach.

**Notes for the previous table:**

1. There are specific lessons required in LET 1 to 4. Students will be expected to answer questions relating to those lessons at the time of the formal inspection and off year visits. Category 1, 2 and 3 approved electives can be used in the Approved Leaders Electives category (50 hours).

2. Instruction is provided in 90-minute lessons capable of being taught as two 45- and 50-minute classroom sessions.

3. Electives are a required component of the Leaders program and must be taught. Schools may not use these hours for other purposes. Electives are used to provide students with additional opportunities outside the scope of the mandatory section of the curriculum. Such opportunities are intended to supplement or reinforce the instruction or permit school officials to align their programs according to their desired academic focus.

Approved electives are divided into the following three categories:

(1) Electives that have supporting curriculum materials developed.
(2) Electives in which instructors must provide/develop their own curriculum materials.
(3) Electives in which partial materials are available and/or can be ordered.
Their use is highly recommended to support/reinforce specific subjects.

4. LET 4 mandatory options (34 hours) must be in categories identified on the LET 4 Master Training Schedule (MTS) and come from electives underlined in Table C, Approved Electives.

5. If Leaders must make reductions in a particular year in order to add coursework to achieve core credit in another subject or to support a technical program or remediation subjects, they may request permission for an exception to reduce hours but must complete lessons in the mandatory categories.

6. Conduct service-learning projects yearly based on knowledge/LET level of students.

Copyright 2008 Teach Peace Foundation

## Core or Required Lessons

### Mandatory Core Service Learning

Mandatory core lessons are shown with hours entered. The below three lessons are mandatory and should be taught in any LET level in conjunction with service learning projects in the 10 hours available in that category.

### Any LET LEVEL - Unit 3 - Foundations for Success

| Lesson Number | Lesson Title | LETPage(s) | Hours |
|---|---|---|---|
| 134 | Orientation to Service Learning | Appendix | 2 |
| 135 | Plan and Train for Your Leadership Project | Appendix | 2 |
| 136 | Project Reflection and Integration | Appendix | 2 |
| | | **Total** | **6** |

Total Service Learning Core Hours 6

If the "Hours" are blank, the lesson is listed as an optional core lesson. Lessons with the "Hours" entered except when switched with an optional core lesson.

## LET 1

### Unit 1 - Citizenship in Action

| Chapter 1: Foundations of Teach Peace Foundation Leaders and Getting Involved | | | |
|---|---|---|---|
| Lesson Number | Lesson Title | Source | Hours |
| 1 | Teach Peace Foundation - The Making of a Better World Citizen | LET 1 | 2 |
| 2 | The Purpose of Leaders and Why Teach Peace | LET 1 | 2 |
| 3 | Taking a Key Role in the Teach Peace Foundation | LET 1 | 2 |
| 4 | The Signs of Success | LET 1 | 2 |
| 5 | Your Personal Character | LET 1 | 4 |
| 6 | US Flag and Peace Sign | LET 1 | 2 |
| 7 | Learning to Sing - America the Beautiful and I'm Teaching Peace | LET 1 | 2 |
| 8 | American Traditions, Customs, and Courtesies | LET 1 | 2 |

18

## Unit 2 – Leadership Theory and Application

**Chapter 1: Being a Leader**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 9 | Leadership Defined | LET 1 | 2 |
| 10 | Leadership Approaches | LET 1 | 2 |
| 11 | Leadership from the Inside Out | LET 1 | 2 |
| 12 | Principles and Leadership | LET 1 | 2 |
| 13 | Sexual Harassment/Assault | LET 1 | 4 |

**Chapter 2: Leadership Skills**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 14 | 12 Actions of Successful Leaders Part 1 | LET 1 | 2 |
| 15 | 12 Actions of Successful Leaders Part 2 | LET 1 | 2 |
| 16 | 12 Actions of Successful Leaders Part 2 | LET 1 | 2 |

18

## Unit 3 - Foundations for Success

**Chapter 1: Know Yourself**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 17 | Self Awareness | LET 1 | 2 |
| 18 | Appreciating Diversity & Needs of the Disabled | LET 1 | 2 |
| 19 | Student Leadership Planner | LET 1 | 2 |
| 20 | Becoming an Active Learner | LET 1 | 2 |

**Chapter 2: Learning to Learn**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 21 | Brain Structure and Function | LET 1 | 2 |
| 22 | Left Brain/Right Brain | LET 1 | |
| 23 | Learning Style and Processing Preferences | LET 1 | 2 |

Copyright 2008 Teach Peace Foundation

24

| 24 | Multiple Intelligences | LET 1 | 2 |

**Chapter 3: Study Skills**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 25 | Leaders Visualization Maps | LET 1 | 2 |
| 26 | Reading for Meaning | LET 1 | 2 |
| 27 | Study Habits that Work for You | LET 1 | 2 |

**Chapter 4: Communication Skills**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 28 | The Communication Process | LET 1 | 2 |
| 29 | Becoming a Better Listener | LET 1 | 2 |
| 30 | Communicating in Groups | LET 1 | |

**Chapter 5: Conflict Resolution**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 31 | Causes of Conflict | LET 1 | 2 |
| 32 | Nonviolent Conflict Resolution Techniques | LET 1 | 2 |

**Chapter 11: High School Financial Planning Program**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 33 | NEFE Introduction: Setting Financial Goals | LET 1 from NEFE | 2 |
| 34 | Consumerism: Needed vs. Luxury | LET 1 | |
| 35 | US National Debt Clock & Your Share | LET 1 | |

30

| | |
|---|---|
| **Total LET 1 Core Hours** | 66 |
| **Physical Activity/Leadership Assessment** | 30 |
| **Activities** | 34 |
| **State & Leaders Elective Hours** | 50 |
| **Total LET 1 Non-Core Hours** | 114 |
| **Total** | 180 |

## LET 2

## Unit 4 – Wellness, Fitness and First Aid

Copyright 2008 Teach Peace Foundation

**Chapter 1: Achieving a Healthy Lifestyle**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 36 | You Are What You Eat | LET 2 | 2 |
| 37 | Nutrition - Nourishing Your Body | LET 2 | 2 |

**Chapter 2: First Aid for Emergency and Non-Emergency Situations**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 38 | The Need for First Aid/Your Response | First Aid Manual (FAM) | 2 |
| 39 | The First Life-Saving Steps | FAM | 2 |
| 40 | Controlling Bleeding | FAM | 2 |
| 41 | Treating for Shock and Immobilizing Fractures | FAM | 2 |
| 42 | First Aid for Burns | FAM | 2 |
| 43 | First Aid for Poisons, Wounds, and Bruises | FAM | 2 |
| 44 | Heat Injuries | FAM | 2 |
| 45 | Cold Weather Injuries | FAM | 2 |
| 46 | Bites, Stings, and Poisonous Hazards | FAM | 2 |

**Chapter 3: Drug Awareness**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 47 | Use & Effect of Drugs, Alcohol, and Substances | LET 2 | 4 |
| 48 | Critical Decisions about Substances | LET 2 | 2 |

28

# Unit 5 - Geography, Map Skills, and Caring for the Environment

**Chapter 1: Map Skills**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 49 | Introduction to Maps | World Geography | 2 |

**Chapter 3: Environmental Awareness**

Copyright 2008 Teach Peace Foundation

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 50 | An Inconvenient Truth: Global Climate Change | LET 2 | 2 |
| 51 | An Even More Inconvenient Truth: Nuclear Bombs | LET 2 | 2 |
| | | | 6 |

## Unit 6 - Citizenship in History and Government

**Chapter 1: Shadows of Hate**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 52 | Shadows of Hate 1 | Shadows of Hate | 2 |
| 53 | Shadows of Hate 2 | Shadows of Hate | 2 |
| 54 | Shadows of Hate 3 | Shadows of Hate | 2 |

**Chapter 2: Foundations of the American Political System [We The People - Unit 1]**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 55 | Our Natural Rights | We The People | 2 |
| 56 | Developing Republican Government | We The People | 2 |
| 57 | British Origins of American Constitutionalism | We The People | 2 |
| 58 | Colonial Government—Basic Rights & Constitutional Government | We The People | 2 |
| 59 | State Constitutions | We The People | 2 |

**Chapter 3: Creating the Constitution [We The People - Unit 2]**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 60 | Articles of Confederation 1781 | We The People | 2 |
| 61 | Creating our Constitution | We The People | 2 |
| 62 | Balancing the Power | We The People | 2 |
| 63 | The Debate over the Constitution | We The People | |

Copyright 2008 Teach Peace Foundation

## Chapter 4: Shaping American Institutions and Practices [We The People - Unit 3]

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 64 | Constitution Used to Organize New Government | We The People | |
| 65 | Bill of Rights | We The People | |
| 66 | Rise of Political Parties | We The People | |
| 67 | Judicial Review | We The People | |
| 68 | Division of Power | We The People | |

## Chapter 5: Bill of Rights Developed and Expanded [We The People - Unit 4]

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 69 | Constitutional Issues and the Civil War | We The People | |
| 70 | Fourteenth Amendment | We The People | |
| 71 | Civil Rights Movement | We The People | |
| 72 | Right to Vote | We The People | |
| 73 | Using the Law to Correct Injustice | We The People | |

## Chapter 6: The Bill of Rights [We The People - Unit 5]

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 74 | First Amendment and Freedom of Religion | We The People | |
| 75 | First Amendment and Freedom of Expression | We The People | |
| 76 | First Amendment and Freedom of Assembly | We The People | |
| 77 | Procedural Due Process | We The People | |
| 78 | Protection Against Unreasonable Law Enforcement | We The People | |
| 79 | Protection of Rights Within the Judicial System | We The People | 2 |

**Chapter 7: Citizen Roles in American Democracy [We The People – Unit 6]**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 80 | Roles of Citizens | We The People | 2 |
| 81 | New Citizenship and Constitutional Issues | We The People | 2 |
| 82 | Constitutionalism and other Countries | We The People | 2 |
| 83 | Defending Fundamental Principles | We The People | |
| | | | 30 |

| | |
|---|---|
| **Total LET 2 Core Hours** | **64** |
| **Physical Activity/Leadership Assessment** | **30** |
| **Activities** | **34** |
| **State & Leaders Elective Hours** | **50** |
| **Total LET 1 Non-Core Hours** | **114** |
| **Total** | **178** |

## LET 3

### Unit 1 – Citizenship in Action

**Chapter 1: Foundations of Teach Peace Foundation Leaders and Getting Involved**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 84 | How to Meet with Members of Congress | LET 3 | 2 |
| | | | 2 |

### Unit 2 - Leadership Theory and Application

**Chapter 4: Leadership Strategies**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 85 | Celebrating Differences-Culture and Individual Diversity | LET 3 | 2 |
| 86 | Performance Indicators | LET 3 | 2 |
| 87 | Negotiating | LET 3 | 2 |
| 88 | Decision Making and Problem Solving | LET 3 | 2 |
| 89 | Leading Meetings | LET 3 | |

| 90 | Supervising | LET 3 | |
|---|---|---|---|

### Chapter 5: Leading Others

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 91 | Making Peacemaker Teams | LET 3 | 2 |
| 92 | Taking Charge–Knowing Your Responsibilities as a Leader | LET 3 | 2 |
| 93 | Planning an Evening of Lights for Community Building | LET 3 | |
| 94 | Planning a Peace Education Event | LET 3 | |

12

## Unit 3 - Foundations for Success

### Chapter 6: Presenting Skills

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 95 | Becoming a Better Writer | LET 3 | 2 |
| 96 | Creating Better Speeches | LET 3 | 2 |
| 97 | Becoming a Better Speaker | LET 3 | 2 |

### Chapter 7: Managing Conflict

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 98 | Managing Anger | LET 3 | 2 |
| 99 | Conflict Resolution and Diversity [Hope and Hate Comes Home] | LET 3 | 2 |
| 100 | Conflict Mediation | LET 3 | 2 |
| 101 | Violence Prevention | LET 3 | 2 |

### Chapter 9: Career Planning

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 102 | Career Exploration Strategy | LET 3 | 2 |
| 103 | Career Development Portfolio | LET 3 | 2 |
| 104 | Nonviolent Career Opportunities | LET 3 | 2 |
| 105 | College Preparation | LET 3 | 2 |

### Chapter 10: Planning Skills and Social Responsibility

Copyright 2008 Teach Peace Foundation

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 106 | Making the Right Choices | LET 3 | 2 |
| 107 | Goals and Goal Setting | LET 3 | 2 |
| 108 | Time Management | LET 3 | 2 |
| 109 | Students Etiquette Guide | LET 3 | 2 |

**Chapter 11: High School Financial Planning Program**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 110 | NEFE Unit 1 - Financial Planning: Your Road Map | NEFE | 2 |
| 111 | NEFE Unit 3 – Budgeting: Don't Go Broke | NEFE | 2 |
| 112 | NEFE Unit 4 - Savings & Investments: Your Money at Work | NEFE | 2 |

36

## Unit 6 - Citizenship in History and Government

**Chapter 8: Critical Thinking in Citizenship**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 113 | Leadership Choices, Decisions, & Consequences | LET 3 | 4 |
| 114 | Ethical Choices, Decisions, & Consequences | LET 3 | 4 |
| 115 | Global Citizenship Choices, Decisions, & Consequences | LET 3 | 4 |
| 116 | Historical Timeline: Choices, Decisions, & Consequences | LET 3 | 4 |

16

| | |
|---|---|
| Total LET 3 Core Hours | 66 |
| Physical Activity/Leadership Assessment | 30 |
| Activities | 34 |
| State & Leaders Elective Hours | 50 |
| Total LET 1 Non-Core Hours | 114 |
| Total | 180 |

# LET 4

## Unit 1 - Citizenship in Action

Copyright 2008 Teach Peace Foundation

31

**Chapter 2: Service to the Nation**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 117 | A Citizen's Responsibility to Vote | LET 4 | 2 |
| 118 | Local Peacemakers: Police and Firefighters | LET 4 | 2 |
| 119 | Local and State Government Peacemakers | LET 4 | 2 |

6

## Unit 2 - Leadership Theory and Application

**Chapter 6: Leadership Principles**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 120 | Power Bases and Influence | LET 4 | 2 |
| 121 | Styles of Leadership | LET 4 | 2 |
| 122 | Management Skills | LET 4 | 2 |
| 123 | Communication | LET 4 | 2 |
| 124 | Motivation | LET 4 | 2 |

10

## Unit 3 - Foundations for Success

**Chapter 11: NEFE High School Financial Planning Program**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 125 | NEFE Unit 5 - Credit: Buy Now, Pay Later | LET 4 | 2 |
| 126 | NEFE Unit 6 - Insurance: Your Protection | LET 4 | 2 |
| 127 | Create a Financial Plan | LET 4 | |

**Chapter 12: Teaching Skills**

| Lesson Number | Lesson Title | Source | Hours |
|---|---|---|---|
| 128 | Preparing to Teach | LET 4 | 2 |
| 129 | Using and Developing Lesson Plans | LET 4 | 2 |
| 130 | Delivering Instruction | LET 4 | 2 |
| 131 | Using Variety in Your Lesson Plan | LET 4 | 2 |

| | | | |
|---|---|---|---|
| 132 | Using Powerpoint and Technology Tools | LET 4 | 2 |
| 133 | Feedback in the Classroom | LET 4 | 2 |
| **Additional Required Teaching/Leadership Mandatory Options** | | | 34 |
| | | | 50 |

| | |
|---|---|
| **Total LET 4 Core Hours** | 66 |
| **Physical Activity/Leadership Assessment** | 30 |
| **Activities** | 34 |
| **State & Leaders Elective Hours** | 50 |
| **Total LET 1 Non-Core Hours** | 114 |
| **Total** | 180 |

| | |
|---|---|
| **Total LET 1 to LET 4** | 720 |

## Elective Lessons

**Note:** Electives not already pre-approved must be approved before they can be taught in the Leaders curriculum.

**Unit 1 - Citizenship in Action**

| Lesson Number | Lesson Title | LET 1 | LET 2 | LET 3 | LET 4 | Hours |
|---|---|---|---|---|---|---|
| E1 | Bringing Down a Dictator | | 4 | | | 4 |
| E2 | Caring for Soldiers | | | | 2 | 2 |
| E3 | Citizen Silence & the National Security Threat of Overspending | 4 | | | | 4 |
| E4 | Creating a Department of Peace | | | 4 | | 4 |
| E5 | Hazards of Depleted Uranium | | | | 4 | 4 |
| E6 | Question the Answers | 2 | | | | 2 |
| E7 | Voices of Patriots | | | 2 | | 2 |
| E8 | War is a Racket | | 4 | | | 4 |
| E9 | Why a Brighter Future Is Possible | 2 | | | | 2 |

**Unit 2 - Leadership Theory & Application**

| Lesson Number | Lesson Title | LET 1 | LET 2 | LET 3 | LET 4 | Hours |
|---|---|---|---|---|---|---|

| Lesson Number | Lesson Title | LET 1 | LET 2 | LET 3 | LET 4 | Hours |
|---|---|---|---|---|---|---|
| E10 | Coach Carter | | | 4 | | 4 |
| E11 | How Peacemakers & Organizations Can Be More Effective | | | 2 | | 2 |
| E12 | I'd Rather Teach Peace | | | | 2 | 2 |
| E13 | Important Female Voices for Peace | 4 | | | | 4 |
| E14 | Iraq for Sale | | 2 | | | 2 |
| E15 | Nonviolence - A Force More Powerful 1 | 2 | | | | 2 |
| E16 | Nonviolence - A Force More Powerful 2 | | 2 | | | 2 |
| E17 | Nonviolence - A Force More Powerful 3 | | | 2 | | 2 |
| E18 | Nonviolence - A Force More Powerful 4 | | | | 2 | 2 |
| E19 | Peacemaker Martin Luther King, Jr. | 2 | | 2 | 2 | 6 |
| E20 | Private | | | | 2 | 2 |
| E21 | Strength Through Peace: Strength Through Peace | | | 2 | | 2 |
| E22 | Strength Through Peace: Active Nonviolence | | | 2 | | 2 |
| E23 | Strength Through Peace: To Reach Peace - Teach Peace | | | 2 | | 2 |
| E24 | Strength Through Peace: Peace Follows Service | | | 2 | | 2 |
| E25 | Strength Through Peace: How Does Goodness Happen, Is Gandhi Right? | | | | 2 | 2 |
| E26 | Strength Through Peace: Is Gandhi Right? | | | | 2 | 2 |
| E27 | Strength Through Peace: Okay, But What About Hitler? | | | | 2 | 2 |
| E28 | Strength Through Peace: Settling Conflicts With Love | | | | 2 | 2 |
| E29 | Teaching Children To Be Peacemakers | | | | 2 | 2 |
| E30 | Teaching Teenagers To Be Peacemakers | | | | 2 | 2 |
| E31 | The Art of Focused Conversation | | | 2 | | 2 |
| E32 | The Whale Rider | | 2 | | | 2 |

**Unit 3 – Foundations For Success**

| Lesson Number | Lesson Title | LET 1 | LET 2 | LET 3 | LET 4 | Hours |
|---|---|---|---|---|---|---|

| E32 | Forgiveness | 2 | | | | 2 |
| E33 | Hope | | | 2 | | 2 |
| E34 | How You Start Influences How You Finish | 2 | | | | 2 |
| E35 | It's My Life | | | | 4 | 4 |
| E36 | Open and Honest Communications | 2 | | | | 2 |
| E37 | Value Aligned Behavior | | 2 | | | 2 |

**Unit 4 – Wellness, Fitness and First Aid**

| Lesson Number | Lesson Title | LET 1 | LET 2 | LET 3 | LET 4 | Hours |
|---|---|---|---|---|---|---|
| E38 | Nutrition for Strength | | | 2 | | 2 |
| E39 | CPR | | 2 | | | 2 |
| E40 | Heimlich Maneuver | | 2 | | | 2 |
| E41 | Medical Effects of War: Post Traumatic Stress Disorder and Beyond | | | | 2 | 2 |
| E42 | Running Fitness | 2 | | | | 2 |
| E43 | Volleyball Fitness | 2 | | | | 2 |
| E44 | Yoga Fitness | | 2 | | | 2 |

**Unit 5 – Geography, Map Skills, and Caring for the Environment**

| Lesson Number | Lesson Title | LET 1 | LET 2 | LET 3 | LET 4 | Hours |
|---|---|---|---|---|---|---|
| E45 | Adopting an Cleanup Area | | | | 2 | 2 |
| E46 | Energy Independence | | 2 | | | 2 |
| E47 | Key Washington, DC Government Buildings & Navigating on the Metro | | | | 2 | 2 |
| E48 | Nuclear Environmental Issues | | | 2 | | 2 |
| E49 | Overview on Toxic Site Clean Up | | | | 2 | 2 |
| E50 | The Story of Stuff | | 2 | | | 2 |
| E51 | The Battle of Chernobyl | | 2 | | | 2 |
| E52 | Using the Internet to Find Places | 2 | | | | 2 |

## Unit 6 – Citizenship in History & Government

| Lesson Number | Lesson Title | LET 1 | LET 2 | LET 3 | LET 4 | Hours |
|---|---|---|---|---|---|---|
| E53 | A People's History of the United States | | | 12 | 6 | 18 |
| E54 | Howard Zinn: Voices of a People's History | | | 2 | | 2 |
| E55 | Addicted to War: Manifest Destiny, The "Cold War", The "New World Order", The "War on Terrorism", The War Profiteers, The High Price of Militarism, Militarism and the Media, Resisting Militarism, and Do Something About It! | 22 | | | | 22 |
| E56 | Alliances With Killers - Sowing The Seeds To Create Terrorists | | 2 | | | 2 |
| E57 | Arllington West | | 2 | | | 2 |
| E58 | Blowback - The Guanteed Outcome of Imperialism | | 2 | | | 2 |
| E59 | Covert Propaganda & An Uniformed Electorate | | 2 | | | 2 |
| E60 | Habeas Corpus & 2006 Military Commissions Act | | | | 2 | 2 |
| E61 | Keeping Space Free of Weapons - Arsenal of Hypocrisy | | 2 | 2 | | 4 |
| E62 | The British Experience in Iraq and Modern Day Solutions | | | 2 | | 2 |
| E63 | The Cold War Nuclear Bomb Buildup | | 2 | | | 2 |
| E64 | The Convergence of Two Interrogation Standards | | | | 2 | 2 |
| E65 | The First Atomic Bombs - Two Perspectives | | 4 | | | 4 |
| E66 | The First Casualty of War is the Truth | | 4 | | | 4 |
| E67 | The Project for a New American Century | | 2 | | | 2 |
| E68 | Torture through Genocide: History, Prevention, and Treatment | | | | 2 | 2 |
| **TOTAL HOURS** | | 50 | 50 | 50 | 50 | 200 |

Copyright 2008 Teach Peace Foundation

## Course Descriptions

## Unit 1 - Citizenship in Action

| Program of Instruction | | | | | |
|---|---|---|---|---|---|
| | LET 1 | LET 2 | LET 3 | LET 4 | Total |
| Required: | 18 hrs | | 2 hrs | 6 hrs | 26 hrs |
| Elective: | 28 hrs (additional) | | | | |

**Purpose:** Engages students in the practice of basic citizenship customs, traditions, and responsibilities. Orients students to the purpose of the Teach Peace Foundation Leaders Program and to their roles as students and citizens. Provides opportunities to become familiar with nonviolent citizenship actions that have defended and strengthened democracy. Demonstrate examples of peaceful leadership with examples from local peacemakers.

**Exit Learning Outcomes:**

**Addresses the following Leaders core abilities:**
    Communicate using verbal, non-verbal, visual, and written techniques.
    Perform as a good citizen in your school, community, country, and the world.

**Meets or partially meets the following Leaders program outcomes:**
    Correlate the rights and responsibilities of citizenship to the purposes of U.S. government.
    Characterize the role of nonviolent citizen actions to protect and strengthen democracy.
    Provide students with necessary background to perform their role as citizens in a democratic society.

**Chapter 1: Foundations of Teach Peace Foundation Leaders and Getting Involved**
Time: 20 required,  LETs 1 and 3

**Competencies:**
>    Identify how Leaders can impact your future.
>    Analyze the purpose of the Leaders program.
>    Explain the structure of the Leaders.
>    Determine which signs of success you plan to accomplish within Leaders.
>    Demonstrate keys steps when meeting with a lawmaker.

**Chapter 2: Service to the Nation**
Time: 6 required, LET 4

Copyright 2008 Teach Peace Foundation

**Competencies:**
- > Explain a citizen's responsibility to vote.
- > Explore the purpose of the structure of government.
- > Identify examples of peacemaking leaders.

## Unit 2 – Leadership Theory and Application

| Program of Instruction | | | | | |
|---|---|---|---|---|---|
| | LET 1 | LET 2 | LET 3 | LET 4 | Total |
| **Required:** | 18 hrs | | 12 hrs | 10 hrs | 40 hrs |
| **Elective:** | 54 hrs (additional) | | | | |

**Purpose:** Develops student leadership potential through the application of principles, values, and strategies. Prepares students to work effectively as team members and leaders, and to act as mentors to other students. Emphasizes the role of the leader in promoting equal opportunity, addressing prejudice, and preventing sexual harassment and assault. Students compare how those with varied leadership styles approach planning, decision-making, problem solving, negotiation, and supervision.

**Exit Learning Outcomes:**

**Addresses the following Leaders core abilities:**
Communicate using verbal, non-verbal, visual, and written techniques.
Take responsibility for your actions and choices.
Treat self and others with respect.
Apply critical thinking techniques.

**Meets or partially meets the following Leaders program outcomes:**
Develop leadership skills.
Build effective relationships with peers, co-workers, and the community.
Characterize the role of the collaborating and team work in building and defending a democracy and maintaining peace in a democratic society.

**Chapter 1: Being a Leader**
Time: 12 required, LET 1

**Competencies:**
- > Identify your leadership strengths and opportunities for improvement.
- > Compare leadership approaches.
- > Develop a personal code of ethics.
- > Draft a plan for using leadership principles to improve your leadership abilities.
- > Take action to prevent and/or stop sexual harassment and assault.

Copyright 2008 Teach Peace Foundation

## Chapter 2: <u>Leadership Skills</u>

Time: 6 required, LET 1

### <u>Competencies:</u>
>   Analyze personal strengths and weaknesses as a leader.
>   Identify 12 actions of highly successful leaders.
>   Incorporate the 12 actions in a leadership assignment.

## Chapter 3: <u>Leadership Planning</u>
Time: 6 elective, LET 3

### <u>Competencies:</u>
>   Create a plan of action to enhance leadership skills through Leaders leadership opportunities.
>   Establish leadership performance goals related to the Leaders program.

## Chapter 4: <u>Leadership Strategies</u>
Time: 8 required, 4 optional, LET 3

### <u>Competencies:</u>
>   Outline a developmental counseling plan.
>   Negotiate a win/win solution for a given situation.
>   Solve a problem using a problem-solving process.
>   Create an implementation plan for a project.
>   Facilitate a meeting.
>   Supervise others as they perform a duty or accomplish a task.
>   Assess personal qualities as a team member.
>   Use a Gantt Chart to plan a project.
>   Outline a plan to mentor other students.

## Chapter 5: <u>Leading Others</u>
Time: 4 required, 4 optional, LET 3

### <u>Competencies:</u>
>   Outline resources needed to form a team.
>   Perform the duties of a team leader.
>   Identify the responsibilities of team members.

## Chapter 6: <u>Leadership Principles</u>
Time: 10 required, LET 4

### <u>Competencies:</u>

> Outline a personal plan to build strong relationships with team members.
> Assess personal leadership style.
> Assess personal management skills.
> Adapt communication to give direction and provide feedback to others.
> Employ motivation strategies that inspire others to achieve goals.

## Unit 3 – Foundations for Success

| Program of Instruction | | | | | |
|---|---|---|---|---|---|
| | LET 1 | LET 2 | LET 3 | LET 4 | Total |
| **Required:** | 30 hrs | | 36 hrs | 16 hrs | 82 hrs |
| | 6 hrs – Service Learning required to be used in all LET levels as needed | | | | |
| **Elective:** | 14 hrs (additional) | | | | |

**Purpose:** Builds essential skills students need to maximize learning potential and future success, and lays the groundwork for service learning. Recognizing the value of their varied learning styles and multiple intelligences, students apply learning strategies to improve critical thinking, study, and communication skills. As they progress through the program, students extend their learning strategies by taking on the responsibilities for teaching younger students.

Students also develop and expand their abilities to resolve conflict and prevent violence. In addition, this unit helps students prepare for life after high school as it focuses on career planning and engages students in personal financial planning as they work through the High School Financial Planning curriculum.

### Exit Learning Outcomes:

### Addresses the following Leaders core abilities:
> Build your capacity for life-long learning.
> Communicate using verbal, non-verbal, visual, and written techniques.
> Take responsibility for your actions and choices.
> Perform as a good citizen in your school, community, country, and the world.
> Treat self and others with respect.
> Apply critical thinking techniques.

### Meets or partially meets the following Leaders program outcomes:
> Maximize potential for success through learning and self-management.
> Build effective relationships with peers, co-workers, and the community.

### Chapter 1: Know Yourself
Time: 8 required, LET 1

### Competencies:

Copyright 2008 Teach Peace Foundation

> Determine your behavioral preferences.
> Apply an appreciation of diversity to interpersonal situations.
> Develop a plan for personal growth.
> Determine the thinking/learning skills necessary for improving active learning.

## Chapter 2: Learning to Learn
Time: 6 required, 2 elective, LET 1

### Competencies:
> Relate the structure and function of the brain to the learning process.
> Distinguish between the functions of left brain and right brain.
> Explain how learning styles and preferences can impact learning.
> Use your intellectual strengths to improve academic performance.

## Chapter 3: Study Skills
Time: 6 required, LET 1

### Competencies:
> Use Leaders Visualization Maps to enhance learning.
> Select reading comprehension strategies to enhance learning.
> Develop personal study and test-taking strategies.

## Chapter 4: Communication Skills
Time: 4 required, 2 optional, LET 1

### Competencies:
> Demonstrate how the communication process affects interaction between individuals.
> Use active listening strategies.
> Analyze how you communicate in group situations.

## Chapter 5: Conflict Resolution
Time: 4 required, LET 1

### Competencies:
> Determine causes of conflict.
> Apply conflict resolution techniques.

## Chapter 6: Presenting Skills
Time: 6 required, LET 3

### Competencies:
> Organize writing for a specific purpose.

Copyright 2008 Teach Peace Foundation

> Write a speech for a specific purpose.
> Present a speech for a specific purpose.

## Chapter 7: **Managing Conflict**
Time: 8 required, LET 3

### Competencies:
> Apply anger management strategies.
> Develop strategies for resolving conflict in a diverse, multi-cultural setting.
> Apply mediation techniques to resolve conflict.
> Apply strategies to prevent violence.

## Chapter 8: **Making a Difference with Service Learning**  Time:
6 required, All LETs as needed

### Competencies:
> Identify the components of service learning.
> Prepare for a service learning project.
> Evaluate the effectiveness of a service learning project.

## Chapter 9: **Career Planning**
Time: 8 required, LET 3

### Competencies:
> Investigate a career.
> Assemble a personalized career portfolio.
> Create a college preparation action plan.

## Chapter 10: **Planning Skills and Social Responsibility** Time:
8 required, LET 3

### Competencies:
> Apply effective decision-making process to personal situations.
> Develop a personal goals action plan.
> Develop a personal time management plan.
> Apply the rules of etiquette to your role as a student.

## Chapter 11: **NEFE High School Financial Planning**
Time: 12 required, 6 optional, LETs 1, 3 and 4

### Competencies:
> Determine personal financial goals.

Copyright 2008 Teach Peace Foundation

> Plan personal financial goals.
> Outline a personal budget.
> Forecast personal savings and investments.
> Appraise personal credit worthiness.
> Relate insurance to current and future personal need

## Chapter 12: Teaching Skills
Time: 12 required, LET 4

### Competencies:
> Prepare to teach.
> Develop a lesson plan.
> Use effective teaching methods to deliver instruction.
> Incorporate a variety of learning strategies into a lesson plan.
> Use feedback to enhance learning in the classroom.
> Use PowerPoint as a tool for teaching others.

## Unit 4 – Wellness, Fitness and First Aid

| Program of Instruction | | | | | |
|---|---|---|---|---|---|
| | LET 1 | LET 2 | LET 3 | LET 4 | Total |
| Required: | | 28 hrs | | | 28 hrs |
| Elective: | 14 hrs (additional) | | | | |

**Purpose:** Provides information and tools students need to take responsibility for physical and mental wellness. Students assess their personal status and develop plans for improving nutrition/exercise habits and for controlling stress. This unit also helps students make responsible choices about substance use and to prevent substance abuse. In addition students develop proficiency in providing basic first aid.

### Exit Learning Outcomes:

### Addresses the following Leaders core abilities:
> Take responsibility for your actions and choices.
> Communicate using verbal, non-verbal, visual, and written techniques.
> Perform as a good citizen in your school, community, country, and the world.
> Apply critical thinking techniques.

### Meets or partially meets the following Leaders program outcomes:
> Promote wellness through nutrition, physical fitness and substance abuse prevention.

## Chapter 1: Achieving a Healthy Lifestyle
Time: 4 required, LET 2

Copyright 2008 Teach Peace Foundation

## Competencies:
> Evaluate how diet impacts life.
> Analyze how well you meet nutrient guidelines.
> Estimate your body fat content.
> Analyze the impact sanitation and hygiene has on health.

## Chapter 2: First Aid for Emergency and Non-Emergency Situations
Time: 18 required, LET 2

## Competencies:
> Assess first aid situations.
> Demonstrate life-saving skills in an emergency situation.
> Determine first aid procedures for bleeding victim.
> Determine first aid treatment for shock, fractures, strains and sprains.
> Determine first aid treatment for burns.
> Determine first aid treatment for wounds, bruises and poisoning.
> Determine first aid treatment for heat related injuries.
> Determine first aid treatment for cold weather injuries.
> Determine first aid treatment for bites, stings and poisonous hazards.

## Chapter 3: Drug Awareness
Time: 6 required, LET 2

## Competencies:
> Assess the impact of drug and substance abuse on life today.
> Respond to substance use and abuse situations.

# Unit 5 – Geography, Map Skills and Environmental Awareness

| Program of Instruction | | | | | |
|---|---|---|---|---|---|
| | LET 1 | LET 2 | LET 3 | LET 4 | Total |
| Required: | | 6 hrs | | | 6 hrs |
| Elective: | 16 hrs (additional) | | | | |

**Purpose:** Students build map reading, land navigation skills, and learn how to find places using the Internet. Students develop global awareness, as they compare physical, political, economic, and cultural elements of continents, regions and countries, and examine the global nature of environmental issues.

## Exit Learning Outcomes:

## Addresses the following Leaders core abilities:
> Communicate using verbal, non-verbal, visual, and written techniques.

Copyright 2008 Teach Peace Foundation

44

> Perform as a good citizen in your school, community, country, and the world.
> Treat self and others with respect.
> Apply critical thinking techniques.

### Meets or partially meets the following Leaders program outcomes:
> Apply physical and political geography to building global awareness.
> Correlate the rights and responsibilities of citizenship to the purposes of U.S. government.

### Chapter 1: Map Skills
Time: 2 required, LET 2

### Competencies:
> Explore the components of a globe.
> Use map reading skills.
> Identify the characteristics of a topographic map.
> Understand the Grid Reference System to locate points anywhere in the world.
> Use terrain features to orient a map and determine location.
> Measure distance using maps.
> Apply map reading and land navigation skills to determine location.


### Chapter 2: Exploring the World
Time: 2 required, LET 2

### Competencies:
> Use the Internet to find continents and countries around the world.
> Explore the unique geographic characteristics of North America, South America, Europe, Asia, Africa, Australia, and Oceania.

### Chapter 3: Environmental Awareness
Time: 4 required, LET 2

### Competencies:
> Investigate the causes and effects of global climate change.
> Explain an environmental issue with a global impact.


# Unit 6 – Citizenship in History and Government

| Program of Instruction | | | | | |
|---|---|---|---|---|---|
| | LET 1 | LET 2 | LET 3 | LET 4 | Total |
| Required: | | 32 | 16 | | 52 hrs |
| Elective: | 74hrs (additional) | | | | |

Copyright 2008 Teach Peace Foundation

**Purpose:** Builds the basic skills and interest for participation in civic and political life. Students actively engage in the We The People and The Shadow of Hate curriculum to explore the origins, structure, rights, and responsibilities of the American constitutional government. Actively engages students in applying problem solving strategies to current political and social issues.

**Exit Learning Outcomes:**

**Addresses the following Leaders core abilities:**
> Communicate using verbal, non-verbal, visual, and written techniques.
> Perform as a good citizen in your school, community, country, and the world.
> Treat self and others with respect.
> Apply critical thinking techniques.

**Meets or partially meets the following Leaders program outcomes:**
> Correlate the rights and responsibilities of citizenship to the purposes of U.S. government.
> Relate events in U.S. history to choices and responsibilities Americans have today.

## Chapter 1: The Shadow of Hate
Time: 6 required, LET 2

**Competencies:**
> Examine the history of hate movements such as the Ku Klux Klan in America.
> Discuss who are the people in society we are taught to fear.
> Apply critical thinking techniques.

## Chapter 2: Foundations of the American Political System-[We The P eople - Unit 1] Time: 10 required, LET 2

**Competencies:**
> Examine how the Founders' ideas of government were to protect natural rights of citizens.
> Explore how modern ideas of individual rights developed.
> Relate the origins of representative government to British history.
> Compare the varied arguments the Founders had for independence from England.
> Examine the first states' constitutional ideals for protecting their rights.

## Chapter 3: Creating the Constitution [We The People - Unit 2]
Time: 6 required, 2 optional, LET 2

**Competencies:**

Copyright 2008 Teach Peace Foundation    46

> Identify the origins of the Articles of Confederation.
> Explain how the Philadelphia Convention and the Virginia Plan helped create the Constitution.
> Categorize the powers granted to the legislative, judicial and executive branches of government.
> Analyze the conflicting positions relating to the ratification of the Constitution.

## Chapter 4: Shaping American Institutions and Practices [We The People - Unit 3]
Time: 0 required, 10 optional, LET 2

### Competencies:
> Identify how the constitution was used to organize the new government.
> Examine the reasons behind the development of the Bill of Rights.
> Compare the role of political parties in early America to today.
> Contrast various positions on Judicial Review.
> Differentiate between the powers of federal and state governments.

## Chapter 5: Bill of Rights Developed and Expanded [We The People - Unit 4]
Time: 0 required, 10 optional, LET 2

### Competencies:
> Illustrate the causes and effects of the Civil War.
> Explain how the Fourteenth Amendment expanded constitutional protection of rights.
> Examine how the civil rights movement used the constitution to achieve its goals.
> Identify the evolution of the right to vote in the United States.
> Defend a position about the acceptability of an affirmative action program under the equal protection clause.

## Chapter 6: The Bill of Rights [We The People - Unit 5]
Time: 4 required, 10 optional, LET 2

### Competencies:
> Compare different interpretations of how the first amendment applies to the government's power over religion.
> Compare different interpretations of how the first amendment protects freedom of expression.
> Compare different interpretations of how the first amendment protects freedom of assembly, petition and association.
> Evaluate the significance of Procedural Due Process.
> Compare different interpretations of how the Fourth and Fifth Amendments. protect citizens against unreasonable law enforcement.
> Compare different interpretations of how the Fifth through Eighth Amendments protect citizens' rights within the Judicial System.

Copyright 2008 Teach Peace Foundation

> Justify the differences between the military justice system and the civilian justice system.

**Chapter 7: <u>Citizen Roles in American Democracy [We The People - Unit 6]</u>**
Time: 6 required, 2 optional, LET 2

**<u>Competencies:</u>**
> Define your role as a citizen or resident alien of a constitutional democracy.
> Predict how increased diversity, technological changes, and closer international relationships are likely to affect your life as an American citizen or resident alien over the next 10 years.
> Illustrate similarities and differences between the American view of human rights and the human rights views held by the wider international community.
> Justify your opinion about a contemporary issue that presents a conflict among competing fundamental constitutional principles (ex. personal freedom vs. social order).

Copyright 2008 Teach Peace Foundation

48

**Chapter 8: <u>Critical Thinking in Citizenship, History and Government</u>**
Time: 16 required, LET 3

**<u>Competencies:</u>**
> Investigate how leadership choices and decisions can lead to good and/or bad consequences.
> Illustrate how ethical choices and decisions can lead to good and/or bad consequences.
> Predict how American choices and decisions can affect those in other countries differently from the way in which they affect Americans.
> Outline how major decisions (leadership, ethical, or global) have led to significant events in American history.

## <u>Summary</u>

The Teach Peace Foundation offers exceptional leadership education and training. We bring synthesize experienced and skills from many different peaceful career fields to produce unparalleled leadership education and training. Students successfully completing Leaders will have the background they need to perform their role as a citizen in our democracy.

For more information about Leaders, visit, www.teachpeace.com/leaders.htm or call us at 530-554-7061.

Sincerely,

*The Teach Peace Foundation Team*



Be all you can be! Be a leader!

Copyright 2008 Teach Peace Foundation

49



# Teach Peace Foundation



## Leaders Curriculum Overview

Peaceful Leadership Education & Training






# Teach Peace



www.teachpeace.com

# Teach Peace Foundation

"Helping young people acquire sufficient background to be better citizens."

## Life, Liberty & the Pursuit of Happiness

We are a 501(c)(3) non-profit providing education to people of all ages since 2006.

We invest our energy because we want to safeguard life, liberty, and the pursuit of happiness. We hunger for a world with meaning and authenticity. We want to contribute to the common good because life is more joyful and productive when we have freedom of speech, freedom of religion, freedom from want and freedom from fear.

www.teachpeace.com   © Copyright Teach Peace 2008

# Teach Peace

## Teach Peace Foundation Programs By Age Range

"Helping young people acquire sufficient background to be better citizens."



www.teachpeace.com  © Copyright Teach Peace 2008

# Teach Peace

## Major Sections — How You Start Influences How You Finish

................................................................................................

"Helping young people acquire sufficient background to be better citizens."

❖ **Leaders Defined**

Core Lessons

Program Outcomes

Next Steps

"Leadership and learning are indispensable to each other."

-- John F. Kennedy

Leaders Defined

**Teach Peace**

## Leaders Defined

"Helping young people acquire sufficient background to be better citizens."

A leadership education and training program for high school students. Students are taught to think critically and live life helping others with integrity, humility, compassion, and courage.

Implementation options range from a four year 720 hour program to a 26 hour one year program. The 720 hour program mirrors the structure of JROTC for schools and cities seeking a replacement alternative.

LET 1



LET 2



LET 3



LET 4





www.teachpeace.com  © Copyright Teach Peace 2008

Leaders Defined

# Teach Peace

## Units of Instruction

"Helping young people acquire sufficient background to be better citizens."



- Citizenship in Action
- Leadership Theory and Application
- Foundations for Success
- Wellness, Fitness, and First Aid

- Geography, Map Skills and Environmental Awareness
- Citizenship in History and Government
- Certified Peace Leader (Optional)

Leaders Defined

# Teach Peace

## Purpose of Leaders

"Helping young people acquire sufficient background to be better citizens."

The Leaders program is designed to teach high school students the value of citizenship, leadership, service to the community, personal responsibility, and caring for the environment, while instilling in them self-esteem, teamwork, and self-discipline.

The program's focus is reflected in its mission statement, "To provide young people with sufficient background to perform their role as citizens in a democracy." It prepares high school students for responsible leadership roles while making them aware of their rights and responsibilities.

The program is a stimulus for promoting graduation from high school, and it provides instruction and rewarding opportunities that will benefit the student, community, nation, and the planet.

*STRUCTURE*
*S   for*
*leadership*
*TKS*



www.teachpeace.com  © Copyright Teach Peace 2008

Leaders Defined

# Teach Peace

## 21st Century Learning

"Helping young people acquire sufficient background to be better citizens."

✓ In Addition to Core Subjects 21st Century Content should include:

    ➢ Global Awareness

    ➢ Financial, Economic, Business, and Entrepreneurial Literacy

    ➢ Civic Literacy

    ➢ Health and Wellness Awareness

**All exist in Leaders!**

✓ Learning and Thinking Skills

✓ Information and Communications Technology (ICT) Literacy

✓ Life Skills (to include leadership)

✓ 21st Century Assessments (high quality standardized testing along with effective classroom assessments)

Source: Partnership for 21st Century Skills (www.21centuryskills.org).

www.teachpeace.com  © Copyright Teach Peace 2008

Leaders Defined

# Teach Peace

## National Standards

"Helping young people acquire sufficient background to be better citizens."

### Mid-continent Research for Education and Learning (McRel Standards)

We are working with a master curriculum builder to show a cross-connection with the Leaders curriculum and the standard curriculum taught in high schools.



National Standards that are addressed are:

- Citizenship – Life Skills
- Economics – Life Work
- Environment/Conservation – Self Regulation
- Geography – Thinking and Reasoning
- Health – U.S. History
- Language Arts – Working with Others

We propose working with a curriculum specialist during the September pilot to validate both California state and national standard mapping.

Leaders Defined

# Teach Peace

## Program Framework (designed to mirror JROTC to accelerate and facilitate program conversion)

.......................................................
"Helping young people acquire sufficient background to be better citizens."
.......................................................

| | LET 1 | LET 2 | LET 3 | LET 4 | TOTAL |
|---|---|---|---|---|---|
| Unit 1 - Citizenship in Action | 18 | | 2 | 6 | 26 |
| Unit 2 – Leadership Theory & Application | 18 | | 12 | 10 | 40 |
| Unit 3 – Foundations For Success | 30 | | 36 | 16 | 82 |
| Unit 4 – Wellness, Fitness and First Aid | | 28 | | | 28 |
| Unit 5 – Geography, Map Skills, and Caring for the Environment | | 2 | | | 2 |
| Unit 6 – Citizenship in History & Government | | 10/36 | 16 | | 52 |
| **Physical Activity/Leader Assessment** | | | | | |
| Leadership Application | 20 | 20 | 20 | 20 | 80 |
| Student Challenge | 10 | 10 | 10 | 10 | 40 |
| **Activities** | | | | | |
| Service Learning/Community Service | 10 | 10 | 10 | 10 | 40 |
| Administration/Testing | 24 | 24 | 24 | 24 | 96 |
| Additional Required Teaching & Leadership Hours | 0 | 0 | 0 | 34 | 34 |
| **State & Leaders Elective Hours** | 50 | 50 | 50 | 50 | 200 |
| **TOTAL HOURS** | 180 | 180 | 180 | 180 | 720 |

www.teachpeace.com  © Copyright Teach Peace 2008

# Teach Peace

## Core Lessons

"Helping young people acquire sufficient background to be better citizens."

Leaders Defined

> "One day we must come to see that peace is not merely a distant goal that we seek, but that it is a means by which we arrive at that goal. We must pursue peaceful ends through peaceful means."
>
> -- Dr. Martin Luther King, Jr.

## ⁝⋮ Core Lessons

Program Outcomes

Next Steps

Core Lessons

# Teach Peace

## Learning Plans

"Helping young people acquire sufficient background to be better citizens."

Each lesson includes a Student
Learning Plan that mirrors the
Instructor's Lesson Plan to:

- Answer the questions students need to
  know

- Guide students through the four-phase
  lesson

- Help learners take responsibility for their
  own learning

- Support student metacognition (i.e.,
  awareness and understanding one's
  thinking and cognitive processes; thinking
  about thinking).



### Student Learning Plan

Why is this important?
What will I learn to do?
How will I know that I am
succeeding?
What knowledge and skills will
I learn along the way?
How will I learn to do it?
How will I show that I have
learned?

www.teachpeace.com  © Copyright Teach Peace 2008

# Teach Peace

## Program Outcomes

"Helping young people acquire sufficient background to be better citizens."

Leaders Defined

Core Lessons

## ❖ Program Outcomes

E.S.L. Kids

"I like to believe that people in the long run are going to do more to promote peace than our governments. Indeed, I think that people want peace so much that one of these days governments had better get out of the way and let them have it."

-- Dwight D. Eisenhower

www.teachpeace.com © Copyright Teach Peace 2008

Program Outcomes

# Teach Peace

## Students Learn

"Helping young people acquire sufficient background to be better citizens."



- Citizenship
- American and World History
- How Government Works
- Our Constitution
- Nonviolence as a force more powerful than violence
- Caring for the environment
- Importance of individual and government financial responsibility
- Wellness
- First Aid
- Preventing Drug Abuse
- Effective Oral/Written Communications
- Technology Awareness
- Career Opportunities
- Current Events

www.teachpeace.com  © Copyright Teach Peace 2008

14

# Teach Peace

# Core Abilities & Extracurricular Activities

"Helping young people acquire sufficient background to be better citizens."

## Core Abilities

- Build capacity for life-long learning
- Solve conflicts nonviolently
- Communicate using verbal, non-verbal, visual, and written techniques
- Take responsibility for actions and choices
- Contribute as a good citizen to your school, community, country, and the world
- Treat self and others with respect
- Apply critical thinking techniques

## Extracurricular Activities

- Community service
- Meetings with lawmakers locally and in Washington, DC
- Opportunity to participate in events with peace and justice organizations
- Visiting and caring for injured soldiers
- Attending special briefings from city officials
- Unifying the community with peace education events
- Teach peace in schools and in the community

www.teachpeace.com  © Copyright Teach Peace 2008

# Teach Peace

## Next Steps

"Helping young people acquire sufficient background to be better citizens."

Chapters Defined

More Lessons

Program Outcomes

> "To reach peace, teach peace!"
>
> -- Colman McCarthy

❖ **Next Steps**

www.teachpeace.com  © Copyright Teach Peace 2008

Next Steps

**Teach Peace**

# Next Steps

"Helping young people acquire sufficient background to be better citizens."

**1. Conduct meetings to strengthen and validate program.**

We are currently seeking input to improve Leaders.

**2. Visit the JROTC programs to observe best practices and survey students.**

**3. Present to the Curriculum Committee.**

We are working on the curriculum to be ready to start a pilot in August 2008.

**4. Present the Leaders program to the School Board.**

Obtain School Board approval and initiate program implementation.





www.teachpeace.com  © Copyright Teach Peace 2008

17

# Teach Peace

## Questions

"Helping young people acquire sufficient background to be better citizens."



www.teachpeace.com  © Copyright Teach Peace 2008