1
2
3
4
5  UNITED STATES DISTRICT COURT
6  NORTHERN DISTRICT OF CALIFORNIA
7
8  ANDREA ESQUIVEL,                                No. C 07-05709 MHP
9          Plaintiff(s),                           **CLERK'S NOTICE**
                                                   **(Matter to be submitted on papers)**
10    v.
11  SAN FRANCISCO UNIFIED SCHOOL
    DISTRICT,
12
13          Defendant(s).
                                        /
14
        Defendant, having moved this Court for a hearing on April 21, 2008, the parties are hereby
15
    notified that defendant's motion to dismiss will be submitted on the papers without oral argument.
16
    Therefore, the HEARING DATE IS VACATED.
17
18
                                                   Richard W. Wieking
19                                                 Clerk, U.S. District Court
20
21
    Dated: April 17, 2008                          Anthony Bowser, Deputy Clerk to the
22                                                 Honorable Marilyn Hall Patel
                                                         (415) 522-3140
23
24
25
26
27
28