United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA ESQUIVEL, et al., | No. C 07-05709 MHP |
| Plaintiffs, | **JUDGMENT**<br>**(Fed.R.Civ.P. 58)** |
| v. | |
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed granting defendants' motion to dismiss,

IT IS ORDERED AND ADJUDGED that defendants' motion to dismiss is GRANTED and this action is DISMISSED in its entirety.

DATED: May 16, 2008

_____
MARILYN HALL PATEL
Judge
United States District Court
Northern District of California