LeRUE GRIM SBN 37485
877 Bryant Street, Suite 200
San Francisco, CA 94103
(415) 621 8071, cell (415) 939 3350
fax (415) 621 2129

Attorney for all three plaintiffs



FILED
08 JUN 13 AM 11: 33
RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA ESQUIVEL, et al., | Case No. C 07-05709 MHP |
| Plaintiffs, | NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT |
| vs | |
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. / | |

Andrea Esquivel, A Minor, Brendon Ryan Villanueva, A Minor, Kevin Mark Villanueva, A Minor, and Malcolm Wright, A Minor, acting through their respective Guardians Ad Litem, appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court entered in this case on May 16, 2008.

LeRue Grim
Attorney for appellants