**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 23, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-05709 MHP**

**CASE TITLE: ANDREA ESQUIVEL-v-SAN FRANCISCO UNIFIED SCHOOL DISTRICT**

USCA Case Number:

Dear Sir/Madam:

 Enclosed is the **NOTICE of APPEAL and Certificate of Record** in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        *[signature: Gina Agustine]*

        by: Gina Agustine-Rivas
        Case Systems Administrator

cc: Counsel of Record